## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| IPC International Corporation, *et al.*,[1] | ) | Case No. 13-12050 (MFW) |
| | ) | |
| Debtors. | ) | Joint Administration Requested |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that The PrivateBank and Trust Company ("PrivateBank")
hereby enters its appearance by its counsel, Katten Muchin Rosenman LLP ("Katten Muchin")
and Cole, Schotz, Meisel, Forman & Leonard, P.A. ("Cole Schotz"), in accordance with Federal
Rules of Bankruptcy Procedure 2002 and 9010(b) (the "Bankruptcy Rules"), Del. Bankr. L.R.
2002-1(d) (the "Local Rules") and section 1109(b) of title 11 of the United States Code, 11
U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), and request that all notices given or required to
be given in these proceedings and all papers served or required to be served in these proceedings,
be served upon Katten Muchin and Cole Schotz at the offices, postal addresses and telephone
and facsimile numbers listed as follows:

| | |
|---|---|
| Norman L. Pernick, Esquire | John P. Sieger, Esquire |
| Therese A. Scheuer, Esquire | David E. Avraham, Esquire |
| COLE, SCHOTZ, MEISEL, | KATTEN MUCHIN ROSENMAN LLP |
| FORMAN & LEONARD, P.A. | 525 W. Monroe Street |
| 500 Delaware Avenue, Suite 1410 | Chicago, IL 60661 |
| Wilmington, DE 19801 | Telephone: (312) 902-5200 |
| 302-652-3131 | Facsimile: (312) 902-1061 |
| 302-652-3117 (fax) | john.sieger@kattenlaw.com |
| npernick@coleschotz.com | david.avraham@kattenlaw.com |
| tscheuer@coleschotz.com | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number are: IPC International Corporation (2698) and The Security Network Holdings Corporation (7985).

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules and Local Rule, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

PLEASE TAKE FURTHER NOTICE that, as provided in Bankruptcy Rule 3017(a), PrivateBank requests that its attorneys be provided with copies of any and all disclosure statements and plans of reorganization.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service of Papers (this "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to, or triable in, this case or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of

40000/0600-9777372v1

remedy, or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate,

in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs,

and recoupments are expressly reserved.

Dated:  August 9, 2013

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: *Therese Scheuer*

Norman L. Pernick (No. 2290)
Therese A. Scheuer (No. 5699)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone: (302) 652-3131
Facsimile:  (302) 652-3117
npernick@coleschotz.com
tscheuer@coleschotz.com

and

KATTEN MUCHIN ROSENMAN LLP
John P. Sieger, Esquire
David E. Avraham, Esquire
525 W. Monroe Street
Chicago, IL  60661
Telephone: (312) 902-5200
Facsimile: (312) 902-1061
john.sieger@kattenlaw.com
david.avraham@kattenlaw.com

*Attorneys for The PrivateBank and Trust Company*

40000/0600-9777372v1