## Exhibit A

[Proposed Order]

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| IPC International Corporation, *et al.*[1] | ) | Case No. 13-12050 (MFW) |
|  | ) |  |
| Debtors. | ) | Joint Administration Requested |
|  | ) |  |
|  | ) | **Re:  Docket No. ___** |

## ORDER EXTENDING THE AUTOMATIC STAY TO CERTAIN THIRD-PARTY INDEMNITEE LITIGATION

Upon the Motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (together, the "Debtors"), for entry of an order extending the automatic stay to certain litigation against customers for which the Debtors are obligated to provide a defense and indemnification (attached hereto as **Schedule 1**, collectively, the "Indemnitee Litigation"). pursuant to sections 105(a) and 362(a) of the Bankruptcy Code; the Court having reviewed the Motion and having heard the statements of counsel in support of the relief requested therein at a hearing thereon (the "Hearing"); the Court finding that the relief requested in the Motion is in the best interests of the Debtors' estates, its creditors and other parties in interest; the Court finding that: (a) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. § 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) venue of this proceeding and this Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; (d) the relief requested in the Motion is warranted and is in the best interests of the Debtors, their estates, and their creditors; and (e) notice of the Motion and the Hearing given by the Debtors was sufficient under the

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  IPC International Corporation (2698); and The Security Network Holdings Corporation (7985).

[2]    Capitalized terms not defined in this Order shall have the meanings ascribed to such terms in the Motion.

circumstances; and the Court being fully advised in the premises and having determined that the legal and factual bases set forth in the Motion establish just cause for the relief herein granted; and after due deliberation and cause appearing therefor, it is:

ORDERED that the Motion is **GRANTED** as set forth herein; and it is further

ORDERED that all objections to the Motion or the relief requested therein whether withdrawn, waived, settled, or prosecuted, and all reservations of rights included therein, are overruled on the merits; and it is further

ORDERED that notice of the Motion was proper, timely, adequate and sufficient under the particular circumstances; and it is further

ORDERED that, pursuant to sections 105(a) and 362(a) of the Bankruptcy Code, the automatic stay of section 362(a) of the Bankruptcy Code is extended to the Indemnitee Litigation set forth on **Schedule 1**; and it is further

ORDERED that the Debtors reserve their rights to seek further extensions of the automatic stay set forth herein with respect to any and all Indemnitee Litigation;

ORDERED that the Court retains jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: _____, 2013
       Wilmington, Delaware

                                Mary F. Walrath
                                United States Bankruptcy Judge

2

## Schedule 1 – Indemnitee Litigation

| State | Customer | Claimant | Case # | Client Attorney | Claimant Attorney |
|-------|----------|----------|--------|-----------------|-------------------|
| PA | Montgomery Mall | MacKinstry, Erren | 19086 | Yost & Tretta, Two Penn Center Plaza, Ste 610, 1500 John F. Kennedy Blvd, Philadelphia, PA, 19102, 215-972-6600 | Lundy Law, 19th Floor, 1635 Market Street, Philadelphia, PA, 19103, 215-567-3000 |
| NY | Crossgates Mall | Noyes, Penelope | 154585 | | George S. Ballantoni Esq., 56 Greeridge Avenue, White Plains, NY 10605, (914) 428-6602 |
| NY | Crossgates Mall | Wickman, Craig | 154585 | | George S. Ballantoni Esq., 56 Greeridge Avenue, White Plains, NY 10605, (914) 428-6602 |
| NY | Staten Island Mall | Pivarnick, Angelina | 103933911 | Rosenblum Newfield LLC, 50 Main Street, White Plains, NY 10606, (914) 686-6100 | Stephanie G. Ovadia, 2160 Hempstead Turnpike, East Meadow, NY 11554, (516) 542-2133 |
| NY | Staten Island Mall | Vaiana, Jeanine | 103933911 | Rosenblum Newfield LLC, 50 Main Street, White Plains, NY 10606, (914) 686-6100 | Stephanie G. Ovadia, 2160 Hempstead Turnpike, East Meadow, NY 11554, (516) 542-2133 |
| NY | Walden Galleria | Vullo, Peter | 004109/2011 | Feldman Kieffer, The Dun Bldg, Ste 400, 110 Pearl Street, Buffalo, NY, 14202, 716-852-5875 | Cellino & Barnes, Main Place Mall, Ste 2500, 250 Main Street, Buffalo, NY, 14202, 716-854-2020 |
| MD | Owings Mills Town Center | Abimola (minor), Sango | 03-C-07-012249 OT | | Law Offices of Stephen L Weber Jr, 401 Washington Ave, Ste 200, Towson, MD, 21204, 410-938-8666 |
| MD | Owings Mills Town Center | Diehl, Charles | 03-C-07-012249 OT | | Law Offices of Stephen L Weber Jr, 401 Washington Ave, Ste 200, Towson, MD, 21204, 410-938-8666 |
| MD | White Marsh Mall | Schoonover, Brian | 03-C-12-007693 | | Terziu and Bennett, 2211 Eastern Blvd, Baltimore, MD, 21220, 4010-687-4700 |
| IL | Lincoln Mall | Herman, Jim | 06M61752 | | Raymond P. Garza, 3612 W. Lincoln Hwy, Olympia Fields, IL, 60461, 708-481-0008 |
| MO | St. Louis Union Station | Davis, Sandra | 0722-CC08539 | Robert J. Hayes, 940 West Port Plaza, Suite 208, St. Louis, MO 63146, (314) 579-8925 | Savastianos & Associates PC, 120 South Central Avenue, Suite 130, St. Louis, MO 63105, (314) 725-7577 |

| State | Customer | Claimant | Case # | Client Attorney | Claimant Attorney |
|---|---|---|---|---|---|
| FL | The Pier | Siar, Claudette | 07-435-C1-21 | | Morgan & Morgan, 20 N. Orange Ave, 16th Floor, Orlando, FL, 32802, 407-420-1414 |
| FL | Aventura Mall | Hall (minor), Charles | 09-67749 CA 24 | | Katzen & Katzen, 7700 N. Kendall Dr, Ste 610, Miami, FL, 33156, 305-596-2000 |
| NY | Staten Island Mall | Keefe, Lourdes | 100254/09 | | Jonathan D'Agostino & Associates, 3309 Richmond Avenue, Staten Island, NY 10312, (718) 967-1600 |
| NY | Staten Island Mall | Scura, Regina | 103513/11 | | Louis Grandelli PC, 90 Broad Street, 15th Floor, New York, NY 10004, (212) 668-8400 |
| NY | Staten Island Mall | Solla, Cindy & Guillermo | 105820/10 | | Joseph N. Di Grazia, 2108 East 19th Street, Brooklyn, NY 11229, (718) 615-2060 |
| GA | Mt. Berry Square | Johnson. Sr., Joe | 10CV037 78JFL001 | | Parker and Lundy, 212 Main St, Cedartown, GA, 30125, 770-748-5643 |
| WI | The Shops of Grand Avenue | Bannister, Carolyn | 11 CV 15158 | Borgelt-Powell-Peterson & Fraven, 735 N. Water St, Ste 1500, Milwaukee, WI, 53202, 414-287-9106 | Sperling Law Offices |
| FL | Dolphin Mall | Morales, Caridad | 11-38315 CA 24 | Isriel Ponzoli Keller & Simpson, Brickwell Bayview Centre, Ste 1720, 80 SW 8th St., Miami, FL 33130, 305-577-4800 | Friedman and Friedman, 2600 Douglas Rd, Ste 1011, Coral Gables, FL 33134, 305-446-6485 |
| FL | Treasure Coast Square | Davin, Carrie | 1201CA | | Vastola & Kirwan, Mariner Sands Square, Ste 310, 7000 Southeast Federal Hwy, Stuart, FL, 34997, 772-419-0999 |
| FL | Dolphin Mall | Rodriguez, Maria | 12-14781 CA 11 | | Law Offices of Jose A Dapena, 550 N. Pico St, Ste 300, Tampa, FL, 33609, 813-261-5058 |
| MA | Holyoke Mall | Cooke, Arclincia | 1220CV0 152 | | Faccihinni & Faccihinni, 824 Liberty Street, Springfield, MA, 01104, 413-746-3369 |

2

PAC 1118391v.2

| State | Customer | Claimant | Case # | Client Attorney | Claimant Attorney |
|-------|----------|----------|--------|-----------------|-------------------|
| FL | Aventura Mall | Elisee (M. Andre), Gislaine | 1236619 CA27 | McConnaughhay-Duffy-Coonrod-Pope & Weaver, 1200 Biscayne Blvd, Ste 707, Miami, FL, 33181, 305-455-2744 | The Haggard Law Firm, 330 Alhambra Circle, 1st Floor, Coral Gables, FL, 33134, 305-446-5700 |
| KY | Fourth Street Live | Eaton, Jerry & Lauren | 12C1054 81 | | Patrick S. McElhone, 1800 Kentucky Home Life Building, 239 S. Fifth St, Louisville, KY, 40202, 502-736-8100 |
| MD | Arundel Mills | Chambers, Michelle | 12-CV-1179-EFM-GLR | | Williamson Law Firm, 218 Delaware St, Ste 207, Kansas City, MO, 64105 |
| MD | Arundel Mills | Taylor, Chantel | 12-CV-1179-EFM-GLR | | Williamson Law Firm, 218 Delaware St, Ste 207, Kansas City, MO, 64105 |
| GA | Underground Atlanta | Santoyo, Jorge | 12EV015 011Y | | Isenberg & Hewitt, 7000 Peachtree Dunwoody Rd NE, Ste 15-100, Atlanta, GA, 300328, 770-351-4400 |
| MI | Lakeside Mall | Sadowski, Marlene | 13-CV-10691 | Kelman Loria, 17000 W 10 Mile Rd, Ste 100, Southfield, MI, 48075, 248-228-6169 | Sullivan-Ward-Asher & Patton, 1000 Malcabees Ctr, 25800 Northwestern Hwy, Southfield, MI, 48075, 248-746-2730 |
| PA | King of Prussia Plaza | Keller, Susan | 2009-29681 | Yost & Tretta, Two Penn Center Plaza, Ste 610, 1500 John F. Kennedy Blvd, Philadelphia, PA, 19102, 215-972-6600 | Spector Gadon & Rosen, Seven Penn Ctr, 7th Floor, 1635 Market Street, Philadelphia, PA, 19103 |
| IL | Golf Mill Shopping Center | Sagrario, Dulce | 2010L006 872 | | Law Offices of Stevens & Malman & Associates, 205 W. Randolph St, Ste 1040, Chicago, IL |
| SC | Rock Hill Galleria | Elbrecht, Karen | 2011-CP-46-01131 | | Jordan & Dunn, 546 East Main Street, PO Box 11785, Rockhill, SC, 29731, 803-817-7999 |
| VA | Tysons Galleria | Rust, Christina | 2012-15500 | | Koonz-McKenney-Johnson-DePaolis & Lightfoot, 10300 Eaton Place, Ste 200, Fairfax, VA, 22030, 800-669-9822 |
| FL | Rich's Ice Cream | Rich's Ice Cream | 2012CA0 22260XX XXMD | | Shutts & Bowen, 525 Okeechobee Blvd, Ste 1100, West Palm Beach, FL, 33401, 561-650-8545 |

3

| State | Customer | Claimant | Case # | Client Attorney | Claimant Attorney |
|-------|----------|----------|--------|-----------------|-------------------|
| IL | Oak Brook Center | Barakat, Kout | 2012L4128 | | Medzie Law Offices, 39 S. LaSalle St, Ste 811, Chicago, IL, 60603, 312-634-6900 |
| TN | Knoxville Center | Nahl, Ahmed | 2-284-09 (Jury Demanded) | | Daniel-Pemberton-Scott & Scott, 9539 Kingston Pike, Knowxville, TN, 37922, 865-531-3000 |
| TX | Grapevine Mills | Brides, Karen | 236 24550110 | | Lonnie C. McGuire Jr, 800 West Airport Freeway, Ste 1100, Irving, TX, 75062, 903-675-8272 |
| MD | Mondawmin Mall | Johnson, Maurice | 24-C-11-004746 | | Law Offices of David E. Solan, 3 Bethesda Metro Ctr, Ste 700, Bethesda, MD, 20814 |
| KY | Mall St. Matthews | Logan, Barbara | 3:09-CV-844-S | | Ewen-Kinney & Rosing, 1090 Starks Building, 4555 Fourth Ave, Louisville, KY, 40202, 502-584-1090 |
| NY | The Westchester | Henry, Russell | 308141/09 | | Asher & Associates, 111 John Street, Ste 1200, New York, NY, 10038, 212-227-5000 |
| FL | Palm Beach Mall | Horkott, Aleta | 502010CA003736XXXXMB AD | | Jones-Foster-Johnston & Stubbs, 505 S. Flagler Dr, Ste 1100, West Palm Beach, FL, 33401, 561-659-3000 |
| VA | Regency Square Mall | Dyda-Schmid, Regina | 760CL12002498-00 | | Allen-Allen-Allen & Allen, 1809 Staple Mills Rd, PO Box 6855, Richmond, VA, 23230, 804-257-7528 |
| IN | Eastland Mall | Bush, John | 82C01-1103-CT-182 | | Berger and Berger, 313 Main St, Evansville, IN, 47708, 812-425-8101 |
| NJ | Pier Shops at Caesars, The | Cardassi, Helen | ATL-L-1815-11 | | D'arcy Johnson Day, 2120 Fire Road, Suite 100, Egg Harbor Township, NJ 08234, (609) 651-6200 |
| CA | Ontario Mills | Auten (Kleber), DeeAnn | CIVRS1012463 | | Vincent J. Tien Law Office, 17291 Irvine Blvd, Ste 150, Tustin, CA, 92780 |
| CA | Ontario Mills | Auten, Phillip | CIVRS1012463 | | Vincent J. Tien Law Office, 17291 Irvine Blvd, Ste 150, Tustin, CA, 92780 |

4

| State | Customer | Claimant | Case # | Client Attorney | Claimant Attorney |
|-------|----------|----------|--------|-----------------|-------------------|
| WA | Tacoma Mall | McKown, Dan | CV-0574-JKA | | Margullis-Aluedke & Ray, 2601 North Alder St., Tacoma, WA, 98407, 253-752-2251 |
| AZ | Scottsdale Quarter | Harshey, Bruce | CV2012-006796 | | Aiken Schenk Hawkins & Ricciardi PC, 2390 E. Cameback Rd, Ste 400, Phoenix, AZ, 85016, Ph 602-248-8203 |
| NM | DeVargas Center | Pleman, Michael | D-101-CV-2012-00550 | | Law Offices of Bruce S. McDonald, 211 Twelfth Street NW, Albuquerque, NM 87102, (505) 358-7026 |
| NJ | Mall at Short Hills NJ | Kosch, Venus | ESX-L-3771-11 | | McDonald & Campbell LLC, 280 South Harrison Street, Suite 301, East Orange, NJ 07018, (973) 678-1111 |
| PA | South Hills Village | Wallace, Ashley | GD 08-018346 / GD 08-18509 | Geraghty & Associates, Two Gateway Center, Ste 2050, Pittsburgh, PA, 15222, 412-232-7070 | Yablonski-Costello & Leckie, 505 Washington Trust Bldg, Washington, PA, 15301, 724-225-9130 |
| PA | South Hills Village | Koski, Kara | GD 08-018391 | | Blackwell & Associates, 30 East Beau Street, 900 Washington Trust Bldg, Washington, PA, 15301, 724-225-4105 |
| DE | Christiana Mall | Alabi-Shonde, Kunbi | IIICV00608UNA Civil Action No. 11-608 | | The Norman Law Firm, 30838 Vines Creek Plc, Unit #3, Dagsboro, DE, 19939, 302-537-3799 |
| CA | Cupertino Square | Johnson c/o Desmond Johns, Kenneth | IIICV194784 | | Kenneth Johnson, 679 Grand Coulee Avenue, Sunnyvale, CA, 94087, 408-774-9808 |
| NJ | Bridgewater Commons | Salamm, Wakeihah | IPC Not Served | | Brause-Brause & Ventrice, LLC, 276 Main Street, Metuchen, MJ 08840, (732) 767-0044 |
| CT | Stamford Town Center | Samaniego, Paul | Juris # 414924 / Scm File No. 100082 | Secor Cassidy & Mcparland PC, 41 Church Street, Waterbury, CT, 06723, 203-757-9261 | Ventrua Ribeiro & Smith, 235 Main Street, Danbury, CT, 06810, 203-791-9040 |
| NJ | Jersey Gardens | Dawkins, Denise | L-1795-13 | Robinson Burns LLC, 586 East Main Street, Bridgewater, MJ 08807, (908) 526-7171 | Samuel Lachs-Esquire, 433 North Broad Street Elizabeth, NJ 07208, (908) 527-1560 |
| NJ | Mall at Short Hills NJ | Braun, Gizela | L-4301-12 | | Gary J. Lustbader Esq., 80 Main Street, West Orange, NJ 07052, (973) 736-1533 |

5

| State | Customer | Claimant | Case # | Client Attorney | Claimant Attorney |
|---|---|---|---|---|---|
| MA | Silver City Galleria | St. George, Elizabeth | Mall Case # 2012355 B / Claimant Case # PLCV2012-00355-B | Bonner-Kiernan-Trebach & Crociata, 200 Portland St, 4th Floor, Boston, MA, 02144, 617-426-3900 | Karl Vrana & Associates, PO Box A, 814 Broadway, Raynham, MA, 02767 |
| NJ | Menlo Park Mall | Rodriguez-Reichma, Irmadrian | MID-L-2215-09 | Braff-Harris & Sukoneck 570 W. Mt. Pleasant Avenue, Livingston, NJ 07039, (973) 994-6677 | Lombardi & Lombardi PA 1862 Oak Tree Road, Edison, NJ 08818, (732) 906-1500 |
| NJ | Mall at Short Hills NJ | Cole, Barry | MID-L-6925-11 | | Law Offices of Gill & Chamas, 655 Florida Grove Road, Woodbridge, NJ 07095, (732) 324-7600 |
| NJ | Woodbridge Mall | Hritzik, Margaret | MID-L-9311-10 | | Michael A. Percario, 1514 E. St. George Avenue, Linden, NJ 07036, (908) 925-9111 |
| CT | Westfarms Mall | Bolt, George | NNHCV-11-6018006-S | | Moore-O'Brien-Jacques & Yelenak |
| NJ | The Willowbrook Mall | Parker, Pamela | OCN-L-480-12 | Maloof-Lebowitz-Connahan & Oleska PA 127 Main Street, Chatham, NJ 07928, (973) 635-9200 | Pellettieri-Rabstein & Altman 100 Nassau Park Blvd, Suite 111, Princeton, NJ 08543-5031, (609) 520-0900 |
| NJ | Jersey Gardens | MacLemore, Jerrell | UNN-L-1551-12 | Robinson Burns LLC, 586 East Main Street, Bridgewater, MJ 08807, (908) 526-7171 | Nathaniel M. Davis P.C., 60 Park Place, Suite 208, Newark, NJ 07102, (973) 792-9005 |

PAC 1118391v.2