## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| IPC International Corporation, | ) | Case No. 13-12050 (MFW) |
| | ) | |
| Debtor. | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| The Security Network Holdings Corporation, | ) | Case No. 13-12051 (MFW) |
| | ) | |
| | ) | **Re: Docket No. 4** |
| Debtor. | ) | |

### ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") seeking an order of this Court directing joint administration of the Debtors' Chapter 11 Cases for procedural purposes only; the Court finding that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. § 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) notice of the Motion and the hearing on the Motion was sufficient under the circumstances; (iv) the relief requested in the Motion is warranted, will ease the administrative burden for the Court and parties in interest in these cases, protects the creditors of the different estates and is in the best interests of the Debtors, their estates, and their creditors; and (v) upon the record herein; and after due deliberation thereon, good and sufficient cause exists for the granting of relief as set forth herein;

---

[1]    Each capitalized term used but not otherwise defined herein has the meaning ascribed to it in the Motion.

**IT IS HEREBY ORDERED THAT:**

1.        The Motion is granted as set forth herein.

2.        The above-captioned Chapter 11 Cases are consolidated for procedural purposes only and shall be jointly administered by the Court.

3.        Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the Debtors' Chapter 11 Cases.

4.        The caption of the jointly administered cases shall read as follows (footnote included):

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| IPC International Corporation, *et al.*[2] | ) | Case No. 13-12050 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

5.        An entry that reads as follows shall be made on the docket of each case to reflect the joint administration of these Chapter 11 Cases:

> "An order pursuant to Federal Rule of Bankruptcy Procedure 1015(b) has been entered in this case directing the joint administration of the chapter 11 cases of IPC International Corporation (Case No. 13-12050); and The Security Network Holdings Corporation (Case No. 13-12051). IPC International Corporation has been designated the 'lead' case. Accordingly, the docket in Case No. 13-12050 should be consulted for all matters affecting the chapter 11 case of this debtor."

6.        The terms and conditions of this Order are effective and enforceable immediately upon its entry.

---

[2]        The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  IPC International Corporation (2698); and The Security Network Holdings Corporation (7985).  The address of each of the Debtors is 2111 Waukegan Road, Bannockburn, IL 60015.

7.      The Court retains jurisdiction to hear and determine all matters arising from the

implementation of this Order.

Dated: _____, 2013
          Wilmington, Delaware

                                        _____
                                        Mary F. Walrath
                                        United States Bankruptcy Judge

PAC 1118416v.2