IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| IPC International Corporation, et al.[1] | ) Case No. 13-12050 (MFW) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Hearing Date: September 3, 2013 at 2:00 p.m. |
| | ) Objection Deadline: August 27, 2013 at 4:00 p.m. |
| | ) |
| | ) Related Docket No. 11 |

## NOTICE OF HEARING RE: MOTION FOR ADMINISTRATIVE ORDER UNDER 11 U.S.C. §§ 105(A) AND 331 ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS AND COMMITTEE MEMBERS

PLEASE TAKE NOTICE that on August 9, 2013, the above captioned debtors and debtors in possession (the "Debtors") filed the **Motion for Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Committee Members** [Docket No. 11] (the "Motion") with the United State Bankruptcy Court for the District of Delaware (the "Court"). A copy of the Motion is attached hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that any objections to approval of the Motion must be made in writing, filed with the Bankruptcy Court, 824 Market Street, Wilmington, DE 19801 on or before **August 27, 2013 at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE you must also serve a copy of the objection so as to be received by counsel to the Debtors, Proskauer Rose LLP, Three First National Plaza, 70 W. Madison, Suite 3800, Chicago, IL 60602, Attn: Brandon W. Levitan, Esq. and Potter

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: IPC International Corporation (2698); and The Security Network Holdings Corporation (7985). The address of each of the Debtors is 2111 Waukegan Road, Bannockburn, IL 60015.

PAC 1118755v.1

Anderson & Corroon LLP, 1313 N. Market Street, Sixth Floor, Wilmington, DE 19801, Attn: Jeremy W. Ryan, Esq., the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Benjamin Hackman, Esq., and counsel to any statutory committees appointed in these chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that, if an objection is properly filed and served in accordance with the above procedures, a hearing on the Motion will be held on **September 3, 2013 at 2:00 p.m. (prevailing Eastern Time)**, before the Honorable Mary F. Walrath, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801. Only those objections made in writing, timely filed, and served in accordance with the above procedures will be considered at such hearing.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO ENTRY OF AN ORDER ARE TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, AN ORDER MAY BE ENTERED GRANTING THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

PAC 1118755v.1

Dated: August 13, 2013
      Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

*/s/ Etta R. Mayers*
_____
Jeremy W. Ryan (DE Bar No. 4057)
Etta R. Mayers (DE Bar No. 4164)
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, DE 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

*Proposed Co-Counsel for Debtors and Debtors in Possession*

-and-

**PROSKAUER ROSE LLP**
Paul V. Possinger
Brandon W. Levitan
Three First National Plaza
70 West Madison, Suite 3800
Chicago, IL 60602-4342
Telephone: (312) 962-3550
Facsimile: (312) 962-3551

*Proposed Counsel for Debtors and Debtors in Possession*