IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| IPC International Corporation, et al.[1] | ) Case No. 13-12050 (MFW) |
| | ) (Jointly Administered) |
| Debtors. | ) |

### NOTICE OF *SECOND AMENDED*[2] AGENDA OF MATTER SCHEDULED FOR HEARING ON AUGUST 22, 2013 AT 2:00 P.M. (EASTERN) BEFORE THE HON. MARY F. WALRATH AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE 824 MARKET STREET, COURTROOM 4, 5TH FLOOR WILMINGTON, DELAWARE 19801 [RE; DOCKET NOS. 76 & 78]

**I.   MATTER GOING FORWARD**

1. Motion of the Debtors for Orders: (1)(A) Approving Bidding Procedures for the Sale of Assets Used in the Debtors Standing Guard and Patrol Business, (B) Scheduling an Auction and Hearing to Consider Such Sale of Assets, (C) Authorizing Payment of the Break-Up Fee and Expense Reimbursement, (D) Approving Assumption and Assignment Procedures Related to Such Sale, and (E) Approving the Form and Manner of Related Notice; and (2)(A) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, and (B) Authorizing and Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Such Sale [Filed 8/10/13, D.I. 21]

   Response Deadline:

   August 20, 2013 at 4:00 p.m.; an extension has been granted to the Office of the United States Trustee until August 21, 2013 at 12:00 p.m.

   Related Documents:

   (a) Notice of Hearing re: Motion of the Debtors for Orders: (1)(A) Approving Bidding Procedures for the Sale of Assets Used in the Debtors Standing Guard and Patrol Business, (B) Scheduling an Auction and Hearing to

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: IPC International Corporation (2698); and The Security Network Holdings Corporation (7985). The address of each of the Debtors is 2111 Waukegan Road, Bannockburn, IL 60015.

[2] **Amended items appear in bold.**

Consider Such Sale of Assets, (C) Authorizing Payment of the Break-Up Fee and Expense Reimbursement, (D) Approving Assumption and Assignment Procedures Related to Such Sale, and (E) Approving the Form and Manner of Related Notice; and (2)(A) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, and (B) Authorizing and Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Such Sale [Filed 8/13/13, D.I. 53]

Response(s) Received:

(a) The Debtors have received informal comments from the Office of the United States Trustee.

(b) Objection of Professional Security Consultants to Motion of the Debtors for Orders (A) Approving Bidding Procedures for the Sale of Assets Used in the Debtors' Standing Guard and Patrol Business, (B) Scheduling an Auction and Hearing to Consider Such Sale of Assets, (C) Authorizing Payment of the Break-Up Fee and Expense Procedures Related to Such Sale, (D) Approving Assumption and Assignment Procedures to Such Sale; and (E) Approving the Form and Manner of Related Notice [Filed 8/20/13, D.I. 77]

(c) **Response of the PrivateBank and Trust Company to Objection of Professional Security Consultants to Motion of the Debtors for Orders (A) Approving Bidding Procedures for the Sale of Assets Used in the Debtors' Standing Guard and Patrol Business, (B) Scheduling an Auction and Hearing to Consider Such Sale of Assets, (C) Authorizing Payment of the Break-Up Fee and Expense Procedures Related to Such Sale, (D) Approving Assumption and Assignment Procedures to Such Sale; and (E) Approving the Form and Manner of Related Notice [Filed 8/21/13, D.I. 79]**

(d) **Debtors' Response to Objection of Professional Security Consultants to Motion of the Debtors for Order: (1)(A)Approving Bidding Procedures for the Sale of Assets Used in the Debtors' Standing Guard and Patrol Business, (B) Scheduling an Auction and Hearing to Consider Such Sale of Assets, (C) Authorizing Payment of the Break-Up Fee and Expense Reimbursement, (D) Approving Assumption and Assignment Procedures Related to Such Sale, and (E) Approving the Form and Manner of Related Notice; and (2)(A) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims Encumbrances, and Interests, and (B) Authorizing and Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Such Sale [Filed 8/21/13, D.I. 81]**

Status:

      This matter is going forward.

Dated: August 22, 2013  
       Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

*/s/ Etta R. Mayers*
_____
Jeremy W. Ryan (DE Bar No. 4057)  
Etta R. Mayers (DE Bar No. 4164)  
1313 North Market Street, Sixth Floor  
P.O. Box 951  
Wilmington, DE 19801  
Telephone: (302) 984-6000  
Facsimile: (302) 658-1192  

*Proposed Co-Counsel for Debtors and Debtors in Possession*

-and-

**PROSKAUER ROSE LLP**  
Paul V. Possinger  
Brandon W. Levitan  
Three First National Plaza  
70 West Madison, Suite 3800  
Chicago, IL 60602-4342  
Telephone: (312) 962-3550  
Facsimile: (312) 962-3551  

*Proposed Counsel for Debtors and Debtors in Possession*