# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| IPC International Corporation, et al. | Case No. 13-12050 (MFW) |
|  | (Jointly Administered) |
| Debtors. |  |
|  | Related Docket No. 18 |

## OBJECTION TO DEBTORS' MOTION FOR AN ORDER EXTENDING THE AUTOMATIC STAY TO CERTAIN THIRD-PARTY INDEMNITEE LITIGATION

Come now Jerry and Lauren Eaton, a creditor of IPC International Corporation (Debtors), and hereby object to the application to extend the automatic stay provisions afforded Debtors to the Third-Party "4th Street Live" (Louisville Galleria, LLC and 4th Street EDC, LLC).

1. Jerry and Lauren Eaton's objection is to the Motion For An Order Extending The Automatic Stay To Certain Third-Party Indemnitee Litigation [Motion, Docket No. 18]. Said Motion is set for hearing on **September 3, 2013 and the objection deadline is August 27, 2013**.

2. Jerry and Lauren Eaton's matter is listed in "Schedule 1-Indemnitee Litigation" to the Motion, Docket No. 18 on page 3.

3. Jerry and Lauren Eaton are individuals who have brought a personal injury claim against Debtors, and a certain Third-Party, "4th Street Live," which is pending in the Circuit Court of Jefferson County, Kentucky.

4. Jerry and Lauren Eaton pray that this Court will deny the application of Debtors, IPC International Corporation to extend the automatic stay to the action against "4th Street Live."

A memorandum of authorities is attached hereto.

_____
PATRICK S. MCELHONE
1800 Kentucky Home Life Building
239 S. Fifth Street
Louisville, KY 40202-3213
(502) 736-8100
COUNSEL FOR JERRY & LAUREN EATON

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Objection to Debtors' Motion for an Order Extending the Automatic Stay to Certain Third-Party Indemnitee Litigation was mailed on this the ___26___ day of August, 2013, to:

Proskauer Rose LLP
Attn:  Brandon W. Levitan, Esq.
Three First National Plaza
70 W. Madison, Suite 3800
Chicago, IL  60602

Potter Anderson & Corroon LLP
Attn:  Jeremy W. Ryan, Esq.
1313 N. Market Street, Sixth Floor
Wilmington, DE  19801

Office of the United States Trustee
Attn:  Benjamin Hackman, Esq.
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801

_____
COUNSEL FOR JERRY & LAUREN EATON