| | |
|---|---|
| In re: | Chapter 11 |
| IPC International Corp., *et al.*, | Case No. 13-12050 (MFW) |
| Debtors. | NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS |

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

    1. **Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC**, Attn: David A. Dial, 3344 Peachtree Road, NE, Suite 2400, Atlanta, GA 30326, Phone: (404) 876-2700

    2. **Mary Carmona-Rousse**, Attn: Rana Ziaee, Ziaee Law, 620 Newport Center Drive, Suite 1100, Newport Beach, CA 92660, Phone: (949) 544-1260

    3. **Drew Eckl & Farnham, LLP**, Attn: G. Randall Moody, P.O. Box 7600 Atlanta, GA 30357, Phone: (404) 885-1400

               ROBERTA A. DEANGELIS
                United States Trustee, Region 3

                /s/ *Benjamin Hackman* for
                T. PATRICK TINKER
                ASSISTANT UNITED STATES TRUSTEE

DATED: August 30, 2013

Attorney assigned to these Cases: Benjamin Hackman, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Proposed Counsel: Paul Possinger, Phone: (312) 962-3570, Fax: (312) 962-3551