| Location | Address and Contact Information |
|---|---|
| | Phone – (248) 454-5010<br>Fax – (248) 745-8719 |
| Greeley Mall | 2050 Greeley Mall<br>Greeley, CO 80631<br>Phone – (970) 356-4255<br>Fax – (970) 356-2506 |
| GreenStreet | 1201 Fannin Street<br>Suite 325<br>Houston, TX 77002<br>Phone – (832) 320-1201<br>Fax – (832) 320-1202 |
| Greenville Mall - NC | 714 SE Greenville Blvd<br>Greenville, NC 27858<br>Phone – (252) 756-1748<br>Fax – (252) 756-8722 |
| Groves Shopping Center | 1020-1180, 1310, 1320 W. Elliott Road<br>Tempe, AZ 85284 |
| Gunston Plaza | 7700 Gunston Plaza Drive<br>Lorton, VA 22079<br>Phone – (301) 374-2261 |
| Hampshire Mall | 367 Russell Street<br>Hadley, MA 01035<br>Phone – (413) 586-5700<br>Fax – (413) 586-2807 |
| Hampton Inn @ Aventura Mall | 1000 S. Federal Hwy<br>Hallandale Beach, FL 33009<br>Phone – (954) 874-1111<br>Fax – (954) 874-1112 |
| Hanover Mall | 1775 Washington Street<br>Hanover, MA 02339<br>Phone – (781) 826-7386<br>Fax – (781) 826-1575 |
| Harborplace Galleria and Tower | 200 East Pratt Street<br>4th Floor Mgmt Ofc<br>Baltimore, MD 21202<br>Phone – (410) 332-4191 |

| Location | Address and Contact Information |
|---|---|
|  | Fax – (410) 547-7317 |
| Harborplace Pavilion | 200 East Pratt Street<br>Baltimore, MD 21202 |
| Harrisburg Mall | 3351 Paxton Street<br>Harrisburg, PA 17111<br>Phone – (717) 564-0980<br>Fax – (717) 564-4935 |
| Hayden North | 12228 N. Cave Creek Road<br>Phoenix, AZ 85022<br>Phone – (480) 461-0050<br>Fax – (480) 461-1687 |
| Hedwig Village | 9429/9401 Katy Freeway<br>Houston, TX 77024 |
| Highland Mall | 6001 Airport Blvd<br>Suite 1199<br>Austin, TX 78752<br>Phone – (512) 454-9656<br>Fax – (512) 452-1463 |
| Hilltop Mall | 2200 Hilltop Mall Road<br>Richmond, CA 94806<br>Phone – (510) 223-6900<br>Fax – (510) 223-1453 |
| Holiday Village Mall | 1200 10th Avenue S.<br>Great Falls, MT 59405<br>Phone – (406) 727-2089<br>Fax – (406) 761-6944 |
| Hollywood Regis Community Center | 7320 Hawthorn Avenue<br>Los Angeles, CA 90046 |
| Holyoke Mall at Ingleside | 50 Holyoke Street<br>Holyoke, MA 01041-1780<br>Phone – (413) 536-1441<br>Fax – (413) 536-5740 |
| Hotel Icon | 220 Main Street<br>Houston, TX 77002 |
| Houston County Galleria | 2922 Watson Blvd. |

| Location | Address and Contact Information |
|---|---|
| | Centersville, GA 31028<br>Phone – (478) 953-9631<br>Fax – (478) 953-5512 |
| Hudson Valley Mall | 1300 Ulster Avenue<br>Box 310<br>Kingston, NY 12401<br>Phone – (315) 471-4420<br>Fax – (315) 471-6659 |
| Independence Mall | 101 Independence Mall Way<br>Kingston, MA 02364<br>Phone – (781) 585-8900<br>Fax – (781) 585-8999 |
| International Plaza | 2223 N. Westshore Blvd.<br>Suite 2000<br>Tampa, FL 33607<br>Phone – (813) 342-3780<br>Fax – (813) 342-3788 |
| Inwood Village | 5370 W. Lovers Lane<br>Suite 326<br>Dallas, TX 75209-4253<br>Phone – (214) 350-2500<br>Fax – (972) 202-7122 |
| Irvine Spectrum Center | 71 Fortune Drive<br>Suite 970<br>Irvine, CA 92618<br>Phone – (949) 789-9180<br>Fax – (949) 789-9184 |
| Isles at Wellington Community Association, Inc. | 4325 Isles Vista Blvd.<br>Wellington, FL 33449<br>Phone – (561) 795-5667<br>Fax – (561) 795-4392 |
| Jersey Gardens | 651 Kapkowski Road<br>Elizabeth, NJ 07201-2923<br>Phone – (908) 436-3005<br>Fax – (908) 436-3010 |
| Kendall Village Center | 8521 SW 124th Ave<br>Miami, FL 33183<br>Phone – (305) 854-2800 |

| Location | Address and Contact Information |
|---|---|
| | Fax -- (305) 859-8300 |
| Kendall Village West | 12405 SW 88 Street<br>Miami, FL 33133<br>Phone -- (305) 854-2800<br>Fax -- (305) 859-8300 |
| Kendallgate Shopping Center | 11900 SW 88th St<br>Miami, FL 33186<br>Phone – (305) 854-2800<br>Fax – (305) 854-8300 |
| Killeen Mall | 2100 S W.S. Young Drive<br>Killeen, TX 76543<br>Phone – (254) 699-2211<br>Fax – (254) 690-2073 |
| Kings' Shops | 250 Waikolola Beach Drive<br>Waikolola, HI 96738<br>Phone – (808) 886-8811 |
| Lake Elsinore Outlets | 17600 Collier Avenue<br>Suite A100<br>Lake Elsinore, CA 92530<br>Phone – (951) 245-0087<br>Fax – (951) 245-4229 |
| Lakeshore Mall | 150 Pearl Nix Parkway<br>Gainesville, GA 30501-3563<br>Phone – (770) 535-8877<br>Fax – (972) 248-0871 |
| Lakeside Mall | 14000 Lakeside Circle<br>Sterling Heights, MI 48313<br>Phone – (586) 247-1590<br>Fax – (586) 247-0762 |
| Lansing Mall | 5330 West Saginaw Highway<br>Lansing, MI 48917<br>Phone – (517) 321-0145<br>Fax – (517) 321-9685 |
| Lantana Plaza | 5812 Jog Road<br>Lake Worth, FL 33467<br>Phone – (504) 904-8500 |

| Location | Address and Contact Information |
|---|---|
| | Fax – (504) 904-8547 |
| Loma Santa Fe Plaza | 905-993 Lomas Santa Fe Drive<br>San Diego, CA 92075<br>Phone – (858) 350-2600<br>Fax – (858) 350-2620 |
| Long Beach Marketplace, The | 6475 Pacific Coast Highway<br>Long Beach, CA 90803<br>Phone – (949) 475-4588<br>Fax – (949) 475-4585 |
| Long Beach Towne Center | 7575 Carson Boulevard<br>Long Beach, CA 90808<br>Phone – (562) 938-1722<br>Fax – (562) 938-1744 |
| Lufkin Mall | 4600 S. Medford Drive<br>Lufkin, TX 75901<br>Phone – (936) 639-1284<br>Fax – (936) 639-1481 |
| MacArthur Center | 300 Monticello Avenue<br>Norfolk, VA 23510<br>Phone – (757) 627-6502<br>Fax – (757) 627-6624 |
| Main Street Village | 2555 Main Street<br>Irvine, CA 92614 |
| Malibu Lumber Yard | 3939 Cross Creek Road<br>Malibu, CA 90265 |
| Mall at Green Hills | 2126 Abbott Martin Road<br>Suite 171<br>Nashville, TN 37215<br>Phone – (615) 298-5478<br>Fax – (615) 383-4373 |
| Mall at Partridge Creek, The | 17420 Hall Road<br>Clinton Township, MI 48038<br>Phone – (586) 416-3839<br>Fax – (586) 226-0820 |
| Mall at Short Hills, The | 1200 Morris Turnpike<br>Suite A-001 |

| Location | Address and Contact Information |
|---|---|
|  | Short Hills, NJ 07078<br>Phone – (973) 376-7359<br>Fax – (973) 376-2976 |
| Mall at Wellington Green, The | 10300 West Forest Hill Blvd.<br>Suite 2000<br>Wellington, FL 33414<br>Phone – (561) 227-6901<br>Fax – (561) 227-6920 |
| Mall at Whitney Field, The | 100 Commercial Road<br>Leominster, MA 01453<br>Phone – (978) 537-7500<br>Fax – (978) 840-4620 |
| Mall de las Aguilas | 455 South Bibb Street<br>Eagle Pass, TX 78852<br>Phone – (830) 773-5302<br>Fax – (830) 773-9026 |
| Mall in Columbia, The | 10300 Little Patuxent Parkway<br>Columbia, MD 21044-3341<br>Phone – (410) 730-3300<br>Fax – (410) 730-8155 |
| Mall of Abilene | 4310 Buffalo Gap Road<br>Abilene, TX 79606<br>Phone – (325) 698-4351<br>Fax – (325) 698-4171 |
| Manassas Mall | 8300 Sudley Rd<br>Manassas, VA 20109<br>Phone – (703) 368-7232<br>Fax – (703) 368-7229 |
| Mandalay Village | 529-687 Channel Island Blvd<br>Port Hueneme, CA 93041 |
| Manhattan Village Mall | 1200 Rosecrans Avenue<br>Suite 201<br>Manhattan Beach, CA 90266<br>Phone – (310) 426-6313<br>Fax – (310) 426-9899 |
| Market Common, The | 4017 Deville Street<br>Myrtle Beach, SC 29577 |

| Location | Address and Contact Information |
|---|---|
| | Phone – (843) 839-3500<br>Fax – (843) 839-3502 |
| Market Place Shopping Center | 2000 North Neil Street<br>Champaign, IL 61820<br>Phone – (217) 356-2700<br>Fax – (217) 359-3385 |
| Marq*E Entertainment Center | 7620 Katy Freeway<br>Suite 350<br>Houston, TX 77024<br>Phone – (713) 623-6800<br>Fax – (713) 623-6804 |
| Marriott Residence Inn@Aventura Mall | 19900 West Country Club Drive<br>Aventura, FL 33180<br>Phone – (768) 528-1001<br>Fax – (768) 528-1002 |
| Marshall Town Center | 2500 S. Center Street<br>Marshalltown, IA 50158<br>Phone – (641) 752-6200<br>Fax – (641) 752-6063 |
| Martinsburg Mall | 800 Foxcroft Avenue<br>Martinsburg, WV 25401<br>Phone – (304) 264-1420<br>Fax – (304) 264-4608 |
| Meadow Glen Mall | 3850 Mystic Valley Parkway<br>Medford, MA 02155<br>Phone – (781) 395-1010<br>Fax – (781) 391-9402 |
| Meadows Marketplace | SW Corner Grand Parkway and Frye Road<br>Katy, TX 77494 |
| Memorial Mall | 3347 Kohler Memorial Drive<br>Sheboygan, WI 53081<br>Phone – (920) 452-2731<br>Fax – (920) 452-1510 |
| Mercer Mall | 261 Mercer Mall Road<br>Suite 322<br>Bluefield, WV 24701<br>Phone – (304) 327-2507 |

| Location | Address and Contact Information |
|---|---|
| | Fax – (304) 327-8504 |
| Mesa Pavilions | 1229 S. Power Road<br>Mesa, AZ 85206<br>Phone – (480) 461-0050<br>Fax – (480) 461-1687 |
| Mesa Riverview | 1061 N. Dobson Road<br>Mesa, AZ 85201<br>Phone – (480) 461-0050<br>Fax – (480) 461-1687 |
| Mesilla Valley Mall | 700 South Telshor Blvd<br>Las Cruces, NM 88011<br>Phone – (505) 522-1001 |
| Metro Square | 2782 W. Peoria Avenue<br>Phoenix, AZ 85029 |
| Metrocenter | 9617 North Metro Parkway West<br>Phoenix, AZ 85051 |
| Mission Viejo Freeway Center | 25222 El Paso Road<br>Misson Viejo, CA 92691 |
| Mondawmin Mall | 2401 Liberty Heights Avenue<br>Baltimore, MD 21215<br>Phone – (410) 523-4917<br>Fax – (410) 383-8959 |
| Montana, The | 301 East Colorado Blvd<br>Suite 300<br>Pasadena, CA 91101<br>Phone – (626) 585-6700<br>Fax – (626) 449-1455 |
| Montclair Plaza | 5060 Montclair Plaza Lane<br>Montclair, CA 91763<br>Phone – (909) 626-2501<br>Fax – (909) 624-6195 |
| Montecito Crossing | 6700 N. Durango Drive<br>Las Vegas, NV 89149<br>Phone – (480) 507-2700<br>Fax – (480) 507-2712 |

| Location | Address and Contact Information |
|---|---|
| Moreno Valley at TownGate Properties | CA<br>Phone – (949) 723-7100<br>Fax – (949) 723-1141 |
| Moreno Valley Mall | 22500 Town Circle<br>Suite 1206<br>Moreno Valley, CA 92553<br>Phone – (951) 653-1177<br>Fax – (951) 653-1711 |
| Myrtle Beach Mall | 10177 N Kings Hwy<br>Myrtle Beach, SC 29572<br>Phone – (843) 272-4040<br>Fax – (843) 272-4090 |
| Napleton Hyundai | 2707 Okeechobee Blvd<br>West Palm Beach, FL 33409 |
| Napleton's Autopark & North Palm Hyundai | 3701 Northlake Blvd.<br>Lake Park, FL 33404 |
| Neshaminy Mall | 707 Neshaminy Mall<br>Bensalem, PA 19020<br>Phone – (215) 357-6100<br>Fax – (215) 357-4317 |
| North Grand Mall | 2801 Grand Avenue<br>Ames, IA 50010<br>Phone – (515) 232-3679<br>Fax – (847) 277-9940 |
| North Mountain Village | 3421 W. Thunderbird Road<br>Peoria, AZ 85053<br>Phone – (480) 461-0050<br>Fax – (480) 461-1687 |
| North Shore Square Mall | 150 North Shore Blvd.<br>Suite 2020<br>Slidell, LA 70460<br>Phone – (985) 646-0661<br>Fax – (985) 649-1415 |
| Northbrook Court | 2171 Northbrook Court<br>Northbrook, IL 60062<br>Phone – (847) 498-8161 |

| Location | Address and Contact Information |
|---|---|
| | Fax – (847) 498-5194 |
| Northlake Mall-NC | 6801 Northlake Mall Drive<br>Charlotte, NC 28216<br>Phone – (704) 921-2005<br>Fax – (704) 921-2009 |
| Northland Center | 21500 Northwestern Hwy<br>Suite 1212<br>Southfield, MI 48075<br>Phone – (248) 569-6272<br>Fax – (248) 569-0861 |
| Northwest Arkansas | 4201 North Shiloh Drive<br>Fayetteville, AR 72703<br>Phone – (479) 521-6162<br>Fax – (479) 521-0306 |
| Northwood Village Business District | 200 2nd Street<br>West Palm Beach, FL 33402 |
| Nu Vista Living at Wellington Green | 10330 Devonshire Blvd.<br>Wellington, FL 33414<br>Phone – (561) 795-6100<br>Fax – (561) 795-6268 |
| Oakbrook Center | 100 Oakbrook Center<br>Oak Brook, IL 60523<br>Phone – (630) 573-0700<br>Fax – (630) 573-0710 |
| Owings Mills Town Center | 10300 Mill Run Circle<br>Owings Mill, MD 21117<br>Phone – (410) 363-7000<br>Fax – (410) 363-7999 |
| Pacific Asia Museum | 48 North Los Robles Avenue<br>Pasadena, CA 91101<br>Phone – (626) 449-2742 |
| Palisades Center | 1000 Palisades Center Drive<br>West Nyack, NY 10994<br>Phone – (845) 348-1005<br>Fax – (845) 348-1774 |
| Palladium at CityPlace | 700 South Rosemary Avenue |

| Location | Address and Contact Information |
|---|---|
|  | Suite 200<br>West Palm Beach, FL 33401<br>Phone – (561) 820-0074<br>Fax – (561) 366-1001 |
| Palm Beach Mall | 1801 Palm Beach Lakes Blvd.<br>Suite 526<br>West Palm Beach, FL 33401<br>Phone – (561) 683-9187<br>Fax – (561) 683-9266 |
| Palm Beach Post, The | PO Box 105376<br>Atlanta, GA 30348 |
| Palms at Town and Country | 8372 Mills Dr.<br>Miami, FL 33183<br>Phone – (305) 274-7982 |
| Paramus Park | 700 Paramus Park<br>Paramus, NJ 07652<br>Phone – (201) 261-6108<br>Fax – (201) 261-8729 |
| Parc Condos | #5 South 500 West<br>Salt Lake City, UT 84101 |
| Park City Center | 142 Park City Center<br>Lancaster, PA 17601<br>Phone – (717) 393-3851<br>Fax – (717) 392-8577 |
| Park Plaza- CA | 990 N. Western Avenue<br>San Pedro, CA 90732<br>Phone – (949) 398-8750<br>Fax – (949) 398-8755 |
| Park West | 9744 W Northern Ave<br>Suite 1360<br>Peoria, AZ 85345<br>Phone – (623) 877-0096<br>Fax – (623) 877-8047 |
| Parks, The | 18000 Spectrum<br>Irvine, CA 92618 |
| Pearlridge Center | 98-1005 Moanalua Road |

| Location | Address and Contact Information |
|---|---|
| | Suite 231<br>Aiea, HI 96701<br>Phone – (808) 488-0981<br>Fax – (808) 488-9456 |
| Perkins Rowe | 10202 Perkins Rowe<br>Suite 195<br>Baton Rouge, LA 70810<br>Phone – (225) 767-2000<br>Fax – (225) 767-2004 |
| Peru Mall | 3940 Route 251<br>Suite E-1<br>Peru, IL 61354<br>Phone – (815) 223-1079<br>Fax – (815) 223-7197 |
| Phillips Point | 777 South Flagler Drive<br>West Palm Beach, FL 33401<br>Phone – (561) 833-7337 |
| Pico Rivera Marketplace | Pico Rivera, CA 90660 |
| Pico Rivera Towne Center | 8500 Washington Blvd<br>Pico Rivera, CA 90660<br>Phone – (562) 938-1722<br>Fax – (562) 938-1744 |
| Piemonte at Ontario Center | 4150        East        4th        Street<br>Suite G<br>Ontario, CA 91764<br>Phone – (909) 418-2144<br>Fax – (909) 418-2059 |
| Pier Shops at Caesars, The | One Atlantic Ocean<br>Suite 4111<br>Atlantic City, NJ 08401<br>Phone – (609) 345-3100<br>Fax – (609) 343-3181 |
| Pinnacle at Turkey Creek | 11251 Parkside Drive<br>Knoxville, TN 37934<br>Phone – (865) 675-0120<br>Fax – (865) 675-0136 |

61086372_4

| Location | Address and Contact Information |
|---|---|
| Pinnacle Hills Promenade | 2203 Promenade Blvd<br>Suite 8100<br>Rogers, AR 72758<br>Phone – (479) 936-2160<br>Fax – (479) 936-5920 |
| Pinnacle Tutwiler Farm | 5000 Pinnacle Square<br>Trussville, AL 35235 |
| Plaza Antonio | Rancho Santa Margarita, CA 92688 |
| Plaza at Preston Center | 8383 Preston Center Plaza Drive<br>Suite 330<br>Dallas, TX 75225<br>Phone – (469) 232-0000 |
| Plaza de Hacienda | 1807 N Hacienda Blvd<br>La Puenta, CA 91744 |
| Plaza Del Sol | 3137 W. Indian School Road<br>Phoenix, AZ 85017 |
| Plaza Frontenac | 17010 S. Lindbergh<br>Suite 92<br>Frontenac, MO 63131<br>Phone – (314) 432-5820<br>Fax – (314) 432-0437 |
| Poca Fiesta | 1164 W. Southern Avenue<br>Mesa, AZ 85210<br>Phone – (480) 461-0050<br>Fax – (480) 461-1687 |
| Poinsettia Village | 7140 Agenda Encinas<br>Carlsbad, CA 92009<br>Phone – (619) 297-3381<br>Fax – (619) 294-8291 |
| Potrero Center | 2300 16th Street<br>San Francisco, CA 94103<br>Phone – (650) 992-8687<br>Fax – (650) 992-1945 |
| Poughkeepsie Galleria | 2001 South Road<br>Poughkeepsie, NY 12601 |

| Location | Address and Contact Information |
|---|---|
| | Phone – (845) 297-7600<br>Fax – (845) 297-2504 |
| Prado, The | 600 South Dixie Highway<br>West Palm Beach, FL 33401 |
| Prince Kuhio Plaza | 111 E. Puainako Street<br>Hilo, HI 96720<br>Phone – (808) 959-3555<br>Fax – (808) 959-3655 |
| Princetonland | 4201 Quaker Bridge Road<br>West Windsor, NJ 08550<br>Phone – (410) 964-5443<br>Fax – (410) 964-5273 |
| Promenade on the Peninsula | 550 Deep Valley Drive<br>Suite 101<br>Rolling Hills Estates, CA 90274<br>Phone – (310) 541-0688<br>Fax – (310) 377-6062 |
| Promenade Shops at Centerra, The | 5971 Sky Pond Drive<br>Suite OFC<br>Loveland, CO 80538<br>Phone – (707) 280-7465 |
| Promenade Shops at Orchard Valley | 1422 Grove Street<br>Manteca, CA 95336<br>Phone – (901) 531-8710<br>Fax – (901) 507-5536 |
| Pueblo Mall | 3429 Dillon Drive<br>Pueblo, CO 81008<br>Phone – (719) 544-3454<br>Fax – (719) 545-5404 |
| Puente Hills Mall | 1600 Azusa Avenue<br>Suite 248A<br>City of Industry, CA 91748<br>Phone – (626) 912-8777<br>Fax – (626) 913-2719 |
| Queen Ka'ahumanu Center | 275 W. Ka'ahumanu Ave<br>Suite 1200<br>Kahului, HI 96732 |

| Location | Address and Contact Information |
|---|---|
| | Phone – (808) 877-3369<br>Fax – (808) 877-5992 |
| Rancho Carmel Plaza | 10175 Rancho Carmel Drive<br>San Diego, CA 92128<br>Phone – (858) 350-2600<br>Fax – (858) 350-2620 |
| Rancho San Diego Towne Center | SEC Jamacha Road & Campo RD<br>San Diego, CA 92114 |
| Randhurst Mall | 55        E.        Euclid        Ave.<br>Suite #450<br>Mt. Prospect, IL 60056<br>Phone – (847) 259-0500<br>Fax – (847) 259-0228 |
| Redlands Town Center | 10000 Alabama Street<br>Redlands, CA 92374 |
| Regency Square | 1420 N. Parham Road<br>Richmond, VA 23229<br>Phone – (804) 740-1518<br>Fax – (804) 740-4763 |
| River Falls Mall | 951 E Lewis & Clark Pkwy<br>Clarksville, IN 47129<br>Phone – (502) 817-2122<br>Fax – (502) 284-6347 |
| Rivercenter | 849 E. Commerce St.<br>San Antonio, TX 78205<br>Phone – (210) 225-0689<br>Fax – (210) 222-1743 |
| Rivertown Crossings | 37000 Rivertown Parkway<br>Grandville, MI 49418<br>Phone – (616) 257-7600<br>Fax – (616) 257-0507 |
| Rock Hill Galleria | 2301 Dave Lyle Blvd<br>Rock Hill, SC 29730<br>Phone – (803) 324-1711 |
| Rosedale Center Guest Services | 10 Rosedale Center |

| Location | Address and Contact Information |
|---|---|
| | Roseville, MN 55113 |
| Rosedale Shopping Center | 10 Rosedale Center<br>Roseville, MN 55113<br>Phone – (651) 638-3553<br>Fax – (651) 638-3599 |
| Sacramento Zoo | 3930 West Land Park Drive<br>Sacramento, CA 95822<br>Phone – (916) 808-5888<br>Fax – (916) 264-5887 |
| Salem Center | 401 Center Street NE<br>Salem, OR<br>Phone – (503) 399-9676<br>Fax – (503) 364-1284 |
| Salmon Run Mall | 21182 Salmon Run Mall Loop West<br>Watertown, NY 13601<br>Phone – (315) 788-9210<br>Fax – (315) 788-8821 |
| San Francisco Zoo | 1 Zoo Road<br>San Francisco, CA 94132<br>Phone – (415) 264-2701<br>Fax – (415) 681-2039 |
| Sangertown Square | Routes 5 & 5A<br>New Hartford, NY 13413<br>Phone – (315) 797-8520<br>Fax – (315) 797-0608 |
| Santa Rosa Mall | 300 Mary Esther Blvd<br>Suite 112<br>Mary Esther, FL 32569<br>Phone – (850) 244-2172<br>Fax – (850) 244-1303 |
| Santee Trolley Square | 9824 Mission Gorge Road<br>Suite B<br>Santee, CA 92071 |
| Savannah Mall | 14045 Abercorn St.<br>Box 3<br>Savannah, GA 31419<br>Phone – (912) 927-4919<br>Fax – (912) 927-0430 |

| Location | Address and Contact Information |
|---|---|
| Scripps Ranch Shopping Center | 9840 Hibert Street<br>San Diego, CA 92131 |
| Sequoia Mall | 3303 S. Mooney Blvd.<br>Visalia, CA 93277<br>Phone – (559) 732-5681<br>Fax – (559) 732-1639 |
| Serramonte Center | 3 Serramonte Center<br>Daly City, CA 94015<br>Phone – (650) 992-8687<br>Fax – (650) 992-1945 |
| Severance Town Center | 3640 Mayfield Road<br>Cleveland Heights, OH 44118<br>Phone – (216) 381-5762 |
| Shenango Valley Mall | 3303 E State St.<br>Hermitage, PA 16148<br>Phone – (724) 346-4565<br>Fax – (724) 346-0805 |
| Shirokiya | 1450 Ala Moana Blvd<br>Suite 2250<br>Honolulu, HI 96814 |
| Shoppes at EastChase, The | 7274 EastChase Parkway<br>Montgomery, AL 36117<br>Phone – (334) 279-6046<br>Fax – (334) 356-3738 |
| Shoppes at River Crossing | 5080 Riverside Drive<br>Macon, GA 31210<br>Phone – (478) 254-2941<br>Fax – (478) 254-2945 |
| Shoppingtown Mall | Mall          Management          Office<br>3649 Erie Boulevard East<br>Dewitt, NY 13214<br>Phone – (315) 446-9160<br>Fax – (315) 410-1555 |
| Shops at Briargate, The | 1885 Briargate Parkway<br>Suite 503<br>Colorado Springs, CO 80920 |

| Location | Address and Contact Information |
|---|---|
| | Phone – (719) 265-6264<br>Fax – (719) 268-0738 |
| Shops at Evergreen Walk | 501 Evergreen Way<br>Suite 503<br>South Windsor, CT 06074<br>Phone – (860) 432-3398<br>Fax – (860) 435-3484 |
| Shops at Fallen Timbers, The | 6832 Russell Road<br>Maumee, OH 43537<br>Phone – (419) 878-6255<br>Fax – (419) 878-2659 |
| Shops at Highland Village, The | 1701 Shoal Creek<br>Suite 245<br>Highland Village, TX 75077<br>Phone – (214) 618-6525<br>Fax – (972) 668-2989 |
| Shops at Ithaca Mall, The | 40 Catherwood Road<br>Ithaca, NY 14850-1056<br>Phone – (607) 257-5338<br>Fax – (607) 257-6754 |
| Shops at Wailea | 3750 Wailea Alanui Drive<br>Kihei, HI 96753<br>Phone – (808) 891-6770<br>Fax – (808) 891-6772 |
| Shops at West End, The | 1621 West End Blvd<br>Minneapolis, MN 55416<br>Phone – (763) 450-0554<br>Fax – (763) 450-0559 |
| Shops at White Oak Village | 4501 South Labumum Avenue<br>Richmond, VA 23231<br>Phone – (804) 364-9516 |
| Shops at Willow Bend, The | 6121 West Park Boulevard<br>Suite 1000<br>Plano, TX 75093<br>Phone – (972) 202-7115<br>Fax – (972) 202-7122 |
| Shops of Grand Avenue, The | 161 West Wisconsin Avenue<br>Milwaukee, WI 53221 |

| Location | Address and Contact Information |
|---|---|
| | Phone – (414) 224-0655 |
| Silver City Galleria | 2 Galleria Mall Drive<br>Taunton, MA 02780<br>Phone – (508) 823-0005<br>Fax – (508) 823-1199 |
| Solana Beach Towne Center | 622-685 San Rodolfo Dr<br>Solana Beach, CA 92075<br>Phone – (858) 350-2600<br>Fax – (858) 350-2620 |
| South Coast Marketplace | 2701-2841 W. MacArthur Blvd<br>Santa Ana, CA 92704<br>Phone – (714) 545-1400<br>Fax – (714) 545-4222 |
| South Park Mall - TX | 2310 Southwest Military Drive #136<br>San Antonio, TX 78224<br>Phone – (210) 921-0534<br>Fax – (210) 921-0628 |
| Southbay Market Place | 3400 Highland Avenue<br>National City, CA 91950<br>Phone – (858) 350-2600<br>Fax – (858) 350-2620 |
| Southbridge Mall | 100 South Federal Avenue<br>Mason City, IA 50401<br>Phone – (614) 423-6688<br>Fax – (641) 423-1705 |
| Southgate Plaza | 4542 Florin Road<br>Sacramento, CA 95823<br>Phone – (916) 422-2525 |
| Southland Center | 23000 Eureka Road<br>Taylor, MI 48180<br>Phone – (734) 374-2800<br>Fax – (734) 374-2524 |
| Southland Mall - LA | 5953 West Park Avenue<br>Houma, LA 70364<br>Phone – (985) 876-4765 |

| Location | Address and Contact Information |
|---|---|
| | Fax – (985) 851-6753 |
| St. Ann Place | 2107 North Dixie Highway<br>West Palm Beach, FL 33407 |
| St. Louis Galleria | 1155 Saint Louis Galleria<br>St. Louis, MO 63117<br>Phone – (314) 863-5500<br>Fax – (314) 863-1415 |
| St. Louis Union Station | 1820 Market Street<br>Suite 500<br>St. Louis, MO 63103-2274<br>Phone – (314) 421-6699<br>Fax – (314) 421-3314 |
| Stamford Town Center | 100 Greyrock Place<br>Stamford, CT 06901<br>Phone – (203) 653-9930<br>Fax – (203) 359-9942 |
| Staten Island Mall | 2655 Richmond Avenue<br>Staten Island, NY 10314<br>Phone – (718) 761-6666<br>Fax – (718) 494-6766 |
| StoneCrest at Piper Glen | 7852 Rea Road<br>Charlotte, NC 28277 |
| Stony Point Fashion Park | 9200 Stony Point Parkway<br>Richmond, VA 23235<br>Phone – (804) 267-2740<br>Fax – (804) 267-2750 |
| Stratford Square | 152 Stratford Square<br>Bloomingdale, IL 60108<br>Phone – (630) 351-9400<br>Fax – (630) 351-9769 |
| Streets of West Chester, The | 9465 Civic Center Blvd<br>West Chester, OH 45069<br>Phone – (513) 759-6800<br>Fax – (513) 759-6888 |
| Streets, The | 19350 Northwest Emma Way<br>Hillsboro, OR 97124-9004 |

| Location | Address and Contact Information |
|---|---|
| | Phone – (503) 533-0561<br>Fax – (503) 533-0761 |
| Summit at Birmingham, The | 214 Summit Blvd.<br>Suite 150<br>Birmingham, AL 35243<br>Phone – (205) 967-0111<br>Fax – (205) 967-2522 |
| Summit Sierra | 13925 S. Virginia<br>Suite 212<br>Reno, NV 89511<br>Phone – (775) 853-7800<br>Fax – (775) 853-7807 |
| Sunset Mall | 4001 Sunset Drive<br>Suite 1182<br>San Angelo, TX 76904<br>Phone – (325) 949-1947<br>Fax – (325) 944-9110 |
| Sunvalley Shopping Center | 1 Sunvalley Mall<br>Concord, CA 94520<br>Phone – (925) 825-0400<br>Fax – (925) 825-1392 |
| Tallahassee Mall | Public                Safety                Office<br>2415 North Monroe Street<br>Tallahassee, FL 32303<br>Phone – (850) 385-7145<br>Fax – (850) 385-6203 |
| Tanger Outlet Center - San Marcos | 4015 IH 35<br>Suite 805<br>San Marcos, TX 78666<br>Phone – (512) 396-7446<br>Fax – (512) 396-7449 |
| Tanger Outlets Houston/Galveston | 5885 Gulf Freeway<br>Suite 630<br>Texas City, TX 77591<br>Phone – (281) 534-4200<br>Fax – (281) 534-7433 |
| Tanger Outlets Westgate | 6800 N 95th Ave |

| Location | Address and Contact Information |
|---|---|
| | Glendale, AZ 85605<br>Phone – (623) 877-9500 |
| Taubman Prestige Outlets Chesterfield | 17017 N. Outer 40 Drive<br>Chesterfield, MO 63005<br>Phone – (248) 914-2695 |
| Temecula Town Center | 27548 Ynez Road<br>Suite I-9<br>Temecula, CA 92591<br>Phone – (951) 676-7490<br>Fax – (591) 676-7593 |
| Tempe Marketplace | 2000 E. Rio Salado Parkway<br>Suite # 1150<br>Tempe, AZ 85281<br>Phone – (480) 966-9338<br>Fax – (480) 966-5445 |
| The District | UT |
| Tivoli Village at Queensridge | 440 S. Rampart Blvd<br>#B-130<br>Las Vegas, NV 89145<br>Phone – (702) 534-0000<br>Fax – (702) 534-0001 |
| Town & Country Center | 445 E Palatine Road<br>Arlington Heights, IL 60004 |
| TownMall of Westminster | 400 North Center Street<br>Attn: Mall Management Office<br>Westminster, MD 21157<br>Phone – (410) 857-0300<br>Fax – (410) 857-4043 |
| Towson Town Center | 825 Delaney Valley Road<br>Towson, MD 21204<br>Phone – (410) 583-6601<br>Fax – (410) 321-7054 |
| Trump National Golf Club | 115 Eagle Tree Terrace<br>Jupiter, FL 33477 |
| Twelve Oaks Mall | 27500 Novi Road |

| Location | Address and Contact Information |
|---|---|
| | Novi, MI 48377<br>Phone – (248) 348-9438<br>Fax – (248) 348-9411 |
| Twin Peaks Mall | 1250 South Hover St<br>Longmont, CO 80501<br>Phone – (303) 651-6454<br>Fax – (303) 772-4916 |
| Tysons Galleria | 2001 International Drive<br>McLean, VA 22102<br>Phone – (703) 827-7700<br>Fax – (703) 827-0976 |
| Underground Atlanta | 50 Upper Alabama Street<br>Suite 007<br>Atlanta, GA 30303<br>Phone – (404) 523-2311<br>Fax – (404) 523-0507 |
| Union Station | Mall                          Management<br>40 Massachusetts Avenue, NE<br>Washington, DC 20002-4225<br>Phone – (202) 289-1908<br>Fax – (202) 289-4945 |
| University Mall - IL | P.O. Box 3187<br>1237 East Main Street<br>Carbondale, IL 62901<br>Phone – (618) 529-3681<br>Fax – (618) 457-7056 |
| University Park Village | 1612 S University Dr<br>Suite 410<br>Fort Worth, TX 76107<br>Phone – (817) 332-5700 |
| Valdosta Mall | 1700 Norman Drive<br>Valdosta, GA 31601<br>Phone – (229) 242-0457 |
| Vallco Shopping Mall | 10123 N. Wolfe Road<br>Suite 1095<br>Cupertino, CA 95014<br>Phone – (408) 777-3081<br>Fax – (408) 725-0370 |

| Location | Address and Contact Information |
|---|---|
| Vero Beach Outlet | 1824 94th Drive<br>Vero Beach, FL 32966 |
| Victor Valley Town Center | NEC of Bear Valley Road & Hesperia Road<br>Victorville, CA 92392<br>Phone – (661) 964-0100<br>Fax – (661) 274-0302 |
| Village at Leesburg | 1602 Village Market Blvd.<br>Leesburg, VA 20175<br>Phone – (571) 291-2288 |
| Village of Cross Keys, The | 5100 Falls Road<br>c/o The Gatehouse<br>Baltimore, MD 21210<br>Phone – (410) 323-1000<br>Fax – (410) 377-0876 |
| Village, The | 25 Prism<br>Irvine, CA 92618<br>Phone – (949) 720-5600 |
| Walden Galleria | One Walden Galleria<br>Buffalo, NY 14225<br>Phone – (716) 681-7600<br>Fax – (716) 681-1773 |
| Ward Centers | Suite 200<br>Honolulu, HI 96814<br>Phone – (808) 591-8411<br>Fax – (808) 596-4919 |
| Water Treatment Plant | 1009 Banyan Blvd<br>West Palm Beach, FL 33401 |
| Waterfront, The | 101 South Flagler Drive<br>West Palm Beach, FL 33401 |
| West Oaks Mall | 9401 West Colonial Drive<br>Suite 728<br>Ocoee, FL 34761-6903<br>Phone – (407) 294-1494<br>Fax – (407) 294-0706 |
| Westchester Commons | 15786 Wc Main St |

| Location | Address and Contact Information |
|---|---|
| | Midlothian, VA 23113<br>Phone – (804) 379-9292 |
| Westdale Mall | 2600 Edgewood Road SW<br>Cedar Rapids, IA 52404<br>Phone – (319) 396-0740<br>Fax – (319) 396-0350 |
| Westfarms | 500 Westfarms Mall<br>Farmington, CT 06032<br>Phone – (860) 561-3420<br>Fax – (860) 521-8682 |
| Westgate City Center | 6770 North Sunrise Blvd<br>Suite G-220<br>Glendale, AZ 85305<br>Phone – (623) 385-7500<br>Fax – (623) 385-7501 |
| Westgate Mall - TX | 7701 I-40 West<br>Suite 140<br>Amarillo, TX 79121<br>Phone – (806) 358-7221<br>Fax – (806) 353-5424 |
| Westland Mall - IA | 550 S. Gear Avenue<br>West Burlington, IA 52655<br>Phone – (847) 277-9930<br>Fax – (847) 277-9940 |
| Westward Shopping Center | 2421 Okeechobee Blvd<br>West Palm Beach, FL 33409<br>Phone – (504) 904-8500<br>Fax – (504) 904-8547 |
| Westwood Mall | 1850 West Michigan Avenue<br>Jackson, MI 49202<br>Phone – (517) 787-1170<br>Fax – (517) 787-5421 |
| Whalers Village | 2435 Kaanapali Pkwy<br>Lahaina, HI 96761<br>Phone – (808) 661-4567<br>Fax – (808) 661-8584 |
| White Marsh Mall | 8200 Perry Hall Blvd |

| Location | Address and Contact Information |
|---|---|
| | Baltimore, MD 21236<br>Phone – (410) 931-7100<br>Fax – (410) 931-7120 |
| Willowbrook Mall - NJ | 1400 Willowbrook Blvd<br>Wayne, NJ 07470<br>Phone – (973) 785-1616<br>Fax – (973) 785-8632 |
| Woodbridge Center | 250 Woodbridge Center Drive<br>Woodbridge, NJ 07095<br>Phone – (732) 636-4777<br>Fax – (732) 636-0417 |
| Youth Empowerment Center | 723 39th Street<br>West Palm Beach, FL 33407 |
| Yuma Palms | 1305 South Yuma Palms Parkway<br>Suite L-03<br>Yuma, AZ 85365<br>Phone – (928) 329-4559<br>Fax – (928) 329-6528 |
| Chick-fil-A | 6275 Lantana Road<br>Greenacres, FL 33463<br>Phone – (561) 296-4689<br>Fax – (561) 296-4694 |
| CityCentre | 800 Town and Country Way<br>Suite 200<br>Houston, TX 77024-3920<br>Phone – (713) 629-5200<br>Fax – (713) 463-4625 |
| Crossings at Fox Run | 45 Gosling Road<br>Newington, NH 03801<br>Phone – (781) 273-5555 |
| Four Peaks Plaza | Fountain Hills, AZ 85269<br>Phone – (480) 507-2700<br>Fax – (480) 507-2712 |
| Georgetown Park Mall | 3222 M Street, N.W.<br>Washington, DC 20007<br>Phone – (202) 342-8190<br>Fax – (202) 342-1458 |

| Location | Address and Contact Information |
|---|---|
| Glynn Place Mall | 219 Mall Blvd<br>Brunswick, GA 31252<br>Phone – (912) 267-6964<br>Fax – (912) 267-1439 |
| London Square | 13550 SW 120th Street<br>Miami, FL 33186<br>Phone – (305) 274-7982<br>Fax – (305) 274-4482 |
| Mall St. Matthews | 5000 Shelbyville Road<br>Louisville, KY 40207-3342<br>Phone – (502) 893-0312<br>Fax – (502) 897-5849 |
| Marion Centre | 1509 Marion-Waldo Road<br>Marion, OH 43302<br>Phone – (740) 389-5785<br>Fax – (740) 389-4148 |
| Northgate Mall | 9501 Colerain Avenue<br>Cincinnati, OH 45251<br>Phone – (513) 385-7065<br>Fax – (513) 385-5603 |
| Owings Mills Corporate Center | 10451 Mill Run Circle<br>Owings Mill, MD 21117<br>Phone – (410) 992-6526<br>Fax – (410) 363-7999 |
| Oxmoor Center | 7900 Shelbyville Road<br>Louisville, KY 40222<br>Phone – (502) 426-3002<br>Fax – (502) 425-3417 |
| Promenade at Town Center | 27003-27103 McBean Parkway<br>Valencia, CA 91355<br>Phone – (310) 886-7768<br>Fax – (310) 886-3969 |

61086372_4

| Location | Address and Contact Information |
|---|---|
| Quarry Village | 300 E. Basse Road<br>San Antonio, TX 78209<br>Phone – (210) 386-2444<br>Fax – (210) 222-1743 |
| Scottsdale Quarter | 15169 North Scottsdale Road<br>Scottsdale, AZ 85254<br>Phone – (480) 270-8120<br>Fax – (480) 270-8138 |
| Shops at Dos Lagos, The | 2780 Cabot Drive<br>Suite 140<br>Corona, CA 92883<br>Phone – (214) 561-8800<br>Fax – (214) 283-1600 |
| Shops of Saddle Creek, The | 7509 Poplar Avenue<br>Suite # 1<br>Germantown, TN 38138<br>Phone – (901) 753-4265<br>Fax – (901) 753-4484 |
| Towson Commons | 1 W. Pennsylvania Avenue<br>Suite 95<br>Towson, MD 21204<br>Phone – (410) 583-0110<br>Fax – (410) 583-6792 |
| Village Mall | 1627-53 Opelika Road<br>Auburn, AL 36830<br>Phone – (334) 821-8368<br>Fax – (334) 826-6737 |

61086372_4

## Schedule 11.6 – State of Organization

| Entity | State of Incorporation | State Organization Number |
|---|---|---|
| IPC International Corporation | Illinois | 51473779 |
| The Security Network Holdings Corp. | Delaware | 4428095 |

61086372_4

## Schedule 11.7 – Pending Litigation

None

61086372_4

## **Schedule 11.9 – Affiliate Transactions**

None

## Schedule 11.10 – Trade Names

| Borrower | Trade Names |
|---|---|
| The Security Network Holdings Corp. | None |
| IPC International Corp. | d/b/a IPC International Corporation of Puerto Rico, IPC International Corp. d/b/a IPC International Corporation of Illinois, IPC International Corp. d/b/a Illinois Protection Corporation, IPC International Corp. d/b/a Investigative & Protective Companies International Corporation, IPC International Realty Company, LLC, Uniformity, Inc., and IPC Technologies |

61086372_4

## Schedule 11.14 – Other Indebtedness

| Type of Debt | Creditor | Amount |
|---|---|---|
| Capital Lease – Vehicle *** | Arnie Yusim Leasing Inc. | Approx. $3,105,000 outstanding |
| Capital Lease – Vehicle *** | Emkay Inc. | Approx. $4,000 outstanding |
| Subordinated Debt | Howard Kaplan | $1,327,460.44 |
| Subordinated Debt | Donald Lantz | $325,117.92 |

*** These items are included for informational purposes only and do not constitute an admission that capital leases constitute indebtedness for borrowed money.

61086372_4

## Schedule 11.16 – Subsidiaries and Affiliates

| Borrower | Subsidiaries, Affiliates and Parents |
|---|---|
| The Security Network Holdings Corporation | • IPC International Realty Company, LLC (subsidiary)<br>• Uniformity, Inc. (subsidiary)<br>• IPC Technologies, Inc. (indirect subsidiary)<br>• IPC International Corporation (subsidiary) |
| IPC International Corporation | • IPC International Realty Company, LLC (affiliate)<br>• Uniformity, Inc. (affiliate)<br>• IPC Technologies, Inc. (subsidiary)<br>• The Security Network Holdings Corp. (parent) |

**<u>Schedule 17.1 – Closing Document Checklist</u>**

CLOSING CHECKLIST

$12,000,000 Revolving Credit Facility

to

THE SECURITY NETWORK HOLDINGS CORP, IPC INTERNATIONAL CORPORATION
(collectively the "<u>Borrowers</u>")

by

THE PRIVATEBANK AND TRUST COMPANY ("<u>PVBK</u>"),

as Lender ("<u>Lender</u>")

Closing Date:  August 13, 2013

| ITEM NUMBER | | DOCUMENT/TASK | RESP. PARTY | STATUS |
|---|---|---|---|---|
| | | **PRINCIPAL LOAN DOCUMENTS** | | |
| 1. | | **Post Petition Loan and Security Agreement by and between Borrowers and Lender** | Katten | |
| | A | <u>Exhibits</u><br><br>Exhibit A          Form of Compliance Certificate<br>Exhibit B          Form of Notice of Borrowing<br>Exhibit C          Commercial Tort Claims<br>Exhibit D          Form of Revolving Note | Katten | |
| | B | <u>Schedules</u><br><br>Schedule 1          Permitted Liens<br>Schedule 11.2          Business and Collateral Locations<br>Schedule 11.6          State of Organization<br>Schedule 11.7          Litigation<br>Schedule 11.9          Affiliate Transactions<br>Schedule 11.10          Trade Names<br>Schedule 11.14          Indebtedness<br>Schedule 11.16          Subsidiaries and Affiliates<br>Schedule 17(a)          Closing Document Checklist | Proskauer / Borrower | |
| 2. | | **Revolving Note by Borrowers payable to Lender in the amount of $12,000,000** | Katten | |

| ITEM NUMBER | | DOCUMENT/TASK | RESP. PARTY | STATUS |
|---|---|---|---|---|
| 3. | | **Master Letter of Credit Agreement** | Katten | |
| | | **PRINCIPAL COLLATERAL DOCUMENTS** | | |
| 4. | | **Guaranty by IPC Technologies, Inc.** | Katten | |
| 5. | | **Guaranty by Uniformity, Inc.** | Katten | |
| 6. | | **Guaranty by IPC International Realty Company, LLC** | Katten | |
| | | **LIEN SEARCHES, UCC/PPSA FINANCING STATEMENTS** | | |
| 7. | | **Lien Searches** | Katten | |
| | | **FUNDING AND MISCELLANEOUS ITEMS AND DOCUMENTATION** | | |
| 8. | | **Initial Notice of Borrowing and Disbursement of Funds Letter by Borrower**<br><br>Exhibit A - Borrowing Base computations<br><br>Exhibit B – Sources and Uses of Cash | Borrowers | |
| 9. | | **Closing Officer's Certificate of Borrowers** | Katten | |
| 10. | | **Certified Copy of Interim Order** | Proskauer | |
| 11. | | **Property and Casualty Insurance Certificates for Borrowers and Guarantors listing Lender, as Loss Payee/Additional Insured (as applicable)** | Borrowers | |
| | | **CORPORATE DOCUMENTS** | | |
| 12. | | **Secretary's Certificates (including incumbency) of The Security Network Holdings Corp.:**<br><br>Exhibit A    Certificate of Incorporation, recently certified by the Secretary of State of Delaware<br>Exhibit B    Bylaws<br>Exhibit C    Resolutions<br>Exhibit D    Good Standing Certificate | Proskauer / Borrower | |
| 13. | | **Secretary's Certificates (including incumbency) of IPC International Corporation:** | Proskauer / Borrower | |

| ITEM NUMBER | | DOCUMENT/TASK | RESP. PARTY | STATUS |
|---|---|---|---|---|
| | | Exhibit A    Articles of Incorporation, recently certified by the Secretary of State of Illinois<br>Exhibit B    Bylaws<br>Exhibit C    Resolutions<br>Exhibit D    Good Standing Certificate | | |
| 14. | | **Secretary's Certificates (including incumbency) of IPC Technologies, Inc.:**<br><br>Exhibit A    Articles of Incorporation, recently certified by the Secretary of State of Illinois<br>Exhibit B    Bylaws<br>Exhibit C    Resolutions<br>Exhibit D    Good Standing Certificate | Proskauer / Borrower | |
| 15. | | **Secretary's Certificates (including incumbency) of Uniformity, Inc.:**<br><br>Exhibit A    Articles of Incorporation, recently certified by the Secretary of State of Illinois<br>Exhibit B    Bylaws<br>Exhibit C    Resolutions<br>Exhibit D    Good Standing Certificate | Proskauer / Borrower | |
| 16. | | **Secretary's Certificate of the Sole Member (including incumbency) of IPC International Realty Company, LLC:**<br><br>Exhibit A    Articles of Organization recently certified by the Secretary of State of Illinois<br>Exhibit B    Restated Operating Agreement<br>Exhibit C    Resolutions<br>Exhibit D    Good Standing Certificate | Proskauer / Borrower | |

# EXHIBIT B

EXHIBIT I

8/9/2013 1:02 PM

# Security Network Holdings
DIP Budget Summary
Weekly Cash Flow Forecast - For Weeks Ended 8/9/13 through 11/1/13
(000s)

DIP Order Budget

| Period Ending | Cash Flow 8/9/13 | Cash Flow 8/16/13 | Cash Flow 8/23/13 | Cash Flow 8/30/13 | Cash Flow 9/6/13 | Cash Flow 9/13/13 | Cash Flow 9/20/13 | Cash Flow 9/27/13 | Cash Flow 10/4/13 | Cash Flow 10/11/13 | Cash Flow 10/18/13 | Cash Flow 10/25/13 | Cash Flow 11/1/13 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Revolver | 6,887.8 | 8,011.8 | 8,921.2 | 7,793.9 | 7,332.4 | 7,822.8 | 9,863.3 | 7,782.7 | 7,768.3 | 7,746.3 | 9,014.3 | 7,300.8 | 8,424.2 | 6,887.8 |
| Cash Inflow | 1,026.1 | 1,998.7 | 3,615.3 | 3,177.0 | 1,921.6 | 1,599.7 | 3,478.3 | 2,811.9 | 2,460.4 | 1,405.9 | 3,303.5 | 2,987.6 | 3,163.3 | 32,951.1 |
| Total Cash Receipts | 1,026.1 | 1,999.7 | 3,615.3 | 3,177.0 | 1,921.6 | 1,599.7 | 3,478.3 | 2,811.9 | 2,460.4 | 1,405.9 | 3,303.5 | 2,987.6 | 3,163.3 | 32,951.1 |
| Cash Outflow (1) | 1,847.2 | 304.5 | 791.3 | 2,530.0 | 2,123.6 | 2,730.1 | 1,925.5 | 2,775.2 | 2,240.0 | 2,674.9 | 1,590.9 | 3,821.1 | 2,175.6 | 27,528.8 |
| Total Operating Cash Outflow | 1,847.2 | 304.5 | 791.3 | 2,530.0 | 2,123.6 | 2,730.1 | 1,925.5 | 2,775.2 | 2,240.0 | 2,674.9 | 1,590.9 | 3,821.1 | 2,175.6 | 27,528.8 |
| Net Cash From Operations | (821.1) | 1,695.1 | 2,824.0 | 647.0 | (202.0) | (1,130.4) | 1,553.8 | 36.6 | 220.4 | (1,269.0) | 1,713.7 | (833.5) | 987.8 | 5,422.3 |
| **Non-Operating Cash Expenditures (1)** | | | | | | | | | | | | | | |
| Adequate Protection Pre-petition Taxes (2) | 248.0 | 2,574.7 | 1,648.8 | 185.4 | 96.2 | | 63.2 | 32.2 | | | | | 95.7 | 4,940.3 |
| Restructuring Expenses | 250.0 | 30.0 | 50.0 | | | | 375.0 | | | | | 355.0 | | 1,060.0 |
| Deferred Professional Fees | | | | | | | (75.0) | | | | | (65.0) | | (140.0) |
| Pre-Petition Interest | 6.7 | | | | 17.9 | | | | | | | | | 24.6 |
| Post-Petition Interest | | | | | 46.3 | | | | 82.4 | | | | 67.5 | 199.3 |
| Pre-Petition Vehicle Leases | | | | | 33.3 | | | | | | | | | 33.3 |
| Post-Petition Vehicle Leases | | | | | 91.7 | | | | 125.0 | | | | 125.0 | 341.7 |
| Non-operating expenses subtotal | 502.7 | 2,604.7 | 1,698.8 | 185.4 | 285.5 | | 363.2 | 32.2 | 207.4 | | | 290.0 | 288.2 | 6,459.2 |
| Change in Revolver | (1,323.9) | (909.5) | 1,127.2 | 461.6 | (480.5) | (1,130.4) | 1,190.6 | 4.4 | 13.0 | (1,269.0) | 1,713.7 | (1,123.5) | 699.5 | (1,036.9) |
| Ending Revolver | 8,011.8 | 8,921.2 | 7,793.9 | 7,332.4 | 7,822.9 | 8,863.3 | 7,782.7 | 7,768.3 | 7,746.3 | 9,014.3 | 7,300.8 | 8,424.2 | 7,724.6 | 7,724.6 |
| **Sales** | | | | | | | | | | | | | | |
| IPC | 2,695.4 | 2,388.7 | 2,388.7 | 2,388.7 | 2,695.4 | 2,388.7 | 2,388.7 | 2,388.7 | 2,895.4 | 2,388.7 | 2,388.7 | 2,398.7 | 2,388.7 | 31,973.3 |
| Uniformity | 28.5 | 28.5 | 28.5 | 28.5 | 28.5 | 28.5 | 28.5 | 28.5 | 28.5 | 28.5 | 28.5 | 28.5 | 28.5 | 370.0 |
| Total Net Sales | 2,723.9 | 2,417.2 | 2,417.2 | 2,417.2 | 2,723.9 | 2,417.2 | 2,417.2 | 2,417.2 | 2,723.9 | 2,417.2 | 2,417.2 | 2,417.2 | 2,417.2 | 32,343.3 |

Footnotes:

1) Total Disbursements can be broken into the following categories:

| | Cash Flow 8/9/13 | Cash Flow 8/16/13 | Cash Flow 8/23/13 | Cash Flow 8/30/13 | Cash Flow 9/6/13 | Cash Flow 9/13/13 | Cash Flow 9/20/13 | Cash Flow 9/27/13 | Cash Flow 10/4/13 | Cash Flow 10/11/13 | Cash Flow 10/18/13 | Cash Flow 10/25/13 | Cash Flow 11/1/13 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Payroll | 1,259.0 | 2,499.7 | 1,347.9 | 2,491.2 | 1,347.0 | 2,452.8 | 1,341.0 | 2,452.8 | 1,389.1 | 2,458.4 | 1,343.3 | 2,503.4 | 1,337.8 | 24,192.3 |
| Insurance | 79.1 | 220.2 | 40.8 | 40.8 | 455.9 | 153.8 | 101.8 | 40.8 | 455.8 | 92.9 | 40.8 | 770.5 | 455.8 | 3,529.7 |
| Rent | 105.0 | | | | 105.0 | | | | 105.0 | | | | | 314.9 |
| Other Payables | 881.9 | 219.3 | 518.1 | 183.6 | 410.4 | 123.6 | 845.9 | 314.0 | 388.4 | 123.6 | 206.9 | 837.3 | 575.9 | 5,827.9 |
| Interest | 28.0 | | | | 67.3 | | | | 82.4 | | | | 67.5 | 243.2 |
| Principal | | | | | 28.7 | | | | 28.7 | | | | 26.7 | 80.0 |
| Total Disbursements | 2,349.9 | 2,909.2 | 2,488.1 | 2,716.4 | 2,412.1 | 2,730.1 | 2,288.7 | 2,807.4 | 2,447.4 | 2,674.9 | 1,689.9 | 4,111.1 | 2,463.3 | 33,988.0 |

2) Pre-petition Payroll / Taxes include the following (post-petition split-payments:)

| | Pre-Petition | Post-Petition | Total |
|---|---|---|---|
| Payroll | 4,204.2 | 3,943.2 | 8,147.4 |
| Unemployment Taxes | 320.7 | 130.0 | 450.7 |
| Sales Taxes | 415.3 | 274.4 | 689.7 |
| Total | 4,940.3 | 4,347.6 | 9,287.9 |