## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| IPC International Corporation, *et al.*[1] | ) | Case No. 13-12050 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## AFFIDAVIT OF SERVICE

I, Robert D. Tomasch, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On September 4, 2013, at my direction and under my supervision, employees of KCC caused to be served the following document via First Class Mail on the service list attached hereto as **Exhibit A** and via Electronic Mail on the service list attached hereto as **Exhibit B**:

- **Final Order (I) Authorizing Debtors in Possession to Obtain Post-Petition Financing Pursuant to 11 U.S.C. § 364, (II) Granting Liens, Security Interests and Superpriority Claims, (III) Authorizing the Use of Cash Collateral Pursuant to 11 U.S.C. § 363, (IV) Granting Adequate Protection to the Prepetition Secured Lenders Pursuant to 11 U.S.C. §§ 361 and 363, and (V) Modifying the Automatic Stay** [Docket No. 148]

Dated: September 6, 2013

Robert D. Tomasch

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 6th day of September, 2013, by Robert D. Tomasch, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

LYDIA PASTOR NINO
Commission # 1960751
Notary Public - California
Los Angeles County
My Comm. Expires Nov 18, 2015

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: IPC International Corporation (2698); and The Security Network Holdings Corporation (7985).

# EXHIBIT A

**Exhibit A**
Core 2002 List
Served via First Class Mail

| PARTY / FUNCTION | CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| Counsel to the American Heart Association | American Heart Association | M. Lewis Kinard | 7272 Greenville Avenue | | Dallas | TX | 75231 |
| Top 20 | Arnie Yusim Leasing | | 650 Dundee Road | | Northbrook | IL | 60062 |
| Top 20 | Bolan Jahnsen | | 830 Broad Street | | Shrewsbury | NJ | 07702 |
| Lienholder | CIT Communications Finance Corporation | | 1 CIT Drive | | Livingston | NJ | 07039 |
| Lienholder | CIT Technology Financing Services, Inc. | | 10201 Centurion Pkwy North Ste 100 | | Jacksonville | FL | 32256 |
| Counsel to The Private Bank & Trust Company, the Debtors' Senior Secured Lender | Cole Schotz Meisel Forman and Leonard PA | Norman L Pernick Esq and Therese A Scheuer Esq | 500 Delaware Avenue Suite 1410 | | Wilmington | DE | 19801 |
| Top 20 | Cole Scott & Kissane | | 9150 Dadeland Centre II | | Miami | FL | 33156 |
| Counsel to The Taubman Company LLC and the Taubman Landlords | Cooch and Taylor, P.A. | Susan E. Kaufman | 1000 West Street, 10th Floor | The Brandywine Building | Wilmington | DE | 19899 |
| Lienholder | Court Square Leasing Corporation | | 14 Great Valley Pkwy Ste 100 | | Malvern | PA | 19355 |
| Counsel to DDR Corp. | DDR Corp. | Eric C. Cotton, Esq. | 3300 Enterprise Parkway | P.O. Box 228042 | Beachwood | OH | 44122 |
| US DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | 820 N French St 6th Fl | | Wilmington | DE | 19801 |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | 401 Federal Street | PO Box 898 | Dover | DE | 19903 |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | Dover | DE | 19904 |
| Top 20 | Drew Eckl & Farnham, LLP | | 880 W Peachtree St | | Atlanta | GA | 30357 |
| Member of Committee of Unsecured Creditors | Drew Eckl & Farnham, LLP | Attn: G. Randal Moody | P.O. Box 7600 | | Atlanta | GA | 30357 |
| Counsel on behalf of BRE/Pearlridge, LLC, Glimcher Malibu, LLC, JG Elizabeth, LLC, Puente Hills Mall, LLC and UPV Glimcher L.P. (collectively, "Creditors") | Frost Brown Todd LLC | Ronald E. Gold | 3300 Great American Tower | 301 East Fourth Street | Cincinnatti | OH | 45202 |
| Counsel on behalf of BRE/Pearlridge, LLC, Glimcher Malibu, LLC, JG Elizabeth, LLC, Puente Hills Mall, LLC and UPV Glimcher L.P. (collectively, "Creditors") | Frost Brown Todd LLC | Josephn B. Wells | 3300 Great American Tower | 301 East Fourth Street | Cincinnatti | OH | 45202 |
| Associate General Counsel of GGP Limited Partnership, as Direct and Inderect Owner of Landlord and/or Managing Aggent | GGP Limited Partnership, as Agent | Kristen N. Pate | 110 N. Wachker Drive | | Chicago | IL | 60606 |
| Top 20 | Grant Thornton LLP | | 33562 Treasury Center | | Chicago | IL | 60694-3500 |
| Top 20 | Hinshaw & Culbertson | | 8142 Solutions Center Dr | | Chicago | IL | 60677-8001 |
| Illinois Department of Revenue | Illinois Department of Revenue | Bankruptcy Section | PO Box 64338 | | Chicago | IL | 60664-0338 |
| Illinois Department of Revenue | Illinois Department of Revenue | Attn Legal Services | 101 West Jefferson | MC 5 500 | Springfield | IL | 62702 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | Philadelphia | PA | 19104-5016 |
| IRS | Internal Revenue Service | Insolvency Section | 31 Hopkins Plz Rm 1150 | | Baltimore | MD | 21201 |
| Top 20 | Jackson Lewis LLP | Jeremy Bernstein Director of Revenue | One North Broadway, 14th Floor | | White Plains | NY | 10601 |
| Counsel to The Private Bank & Trust Company, the Debtors' Senior Secured Lender | Katten Muchin Rosenman LLP | John P Sieger and David E Avraham | 525 W Monroe St | | Chicago | IL | 60661-3693 |
| Top 20 | Keane Law Offices | | 100 Ne Northlake Way | | Seattle | WA | 98105 |

**Exhibit A**
Core 2002 List
Served via First Class Mail

| PARTY / FUNCTION | CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| Counsel to GGP Limited Partnership "GGP" | Kelley Drye & Warren LLP | Robert L. LeHane, Esq. & Jennifer D. Raviele, Esq. | 101 Park Avenue | | New York | NY | 10178 |
| Top 20 | Litchfield Cavo | | 303 West Madison | | Chicago | IL | 60606-3309 |
| Top 20 | Littler Mendelson, PC | | PO Box 45547 | | San Francisco | CA | 94145-0547 |
| Top 20 | Littler Mendelson, PC | | 650 California Street 20th Fl | | San Francisco | CA | 94108 |
| Member of Committee of Unsecured Creditors | Mary Carmona-Rousse | Attn: Rana Ziaee, Ziaee Law | 620 Newport Center Drive, Suite 1100 | | Newport Beach | CA | 92660 |
| Top 20 | Mercer Health & Benefits LLC | | PO Box 730182 | | Dallas | TX | 75373-0182 |
| Top 20 | Mercer Health & Benefits LLC | | 4400 Comerica Bank Tower | 717 Main Street | Dallas | TX | 75201 |
| Top 20 | Morris Polich & Purdy LLP | | 1055 W 7th St | | Los Angeles | CA | 90017-2503 |
| Office of the United States Trustee District of Delaware | Office of the United States Trustee | Benjamin Hackman | 844 King Street Suite 2207 | Lockbox 35 | Wilmington | DE | 19801 |
| DE AG Office | Office of the US Attorney General | Joseph R. Biden III | Carvel State Office Building | 820 N French St | Wilmington | DE | 19801 |
| Office of the US Attorney General | Office of the US Attorney General | US Dept of Justice | 950 Pennsylvania Ave NW | | Washington | DC | 20530-0001 |
| Top 20 | Officemax Incorporated | | 75 Remittance Dr | | Chicago | IL | 60675-2698 |
| Top 20 | Resolution Economics LLC | | 9777 Wilshire Blvd | | Beverly Hills | CA | 90212 |
| Secretary of Treasury | Secretary of Treasury | | P.O. Box 7040 | | Dover | DE | 19903 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | Washington | DC | 20549 |
| SEC Regional Office | Securities & Exchange Commission | Daniel M Hawke Regional Dir | The Mellon Independence Ctr | 701 Market St | Philadelphia | PA | 19106-1532 |
| Top 20 | Seyfarth Shaw LLP | | 3807 Collections Center Drive | | Chicago | IL | 60693 |
| Counsel to Simon Property Group, Inc. | Simon Property Group, Inc. | Attn Ronald M Tucker, Esq. | 225 West Washington Street | | Indianapolis | IN | 46204 |
| Lienholder / Bank | The Private Bank and Trust Company | Robert Corsentino | 120 South LaSalle Street | | Chicago | IL | 60603 |
| Counsel to The Taubman Company LLC and the Taubman Landlords | The Taubman Company | Andrew S Conway, Esq | 200 East Long Lake Road, Suite 300 | | Bloomfield Hills | MI | 48304 |
| Top 20 | Underwood/Thomas | | 9037 Poplar Ave | | Memphis | TN | 38138 |
| Attorney for Underwood/Thomas P.C. | Underwood/Thomas P.C. | Richard D. Underwood | PO Box 171304 | | Memphis | TN | 38187 |
| Top 20 | Underwriters Adjustment Company Inc | | PO Box 10018 | | San Juan | PR | 00908 |
| US Attorneys Office | US Attorney for Delaware | Charles Oberly c/o Ellen Slights | 1007 Orange St Ste 700 | PO Box 2046 | Wilmington | DE | 19899-2046 |
| Bank | US Bank | | PO Box 1800 | | Saint Paul | MN | 55101-0800 |
| Bank | US Bank | Bankruptcy Dept | PO Box 5229 | | Cincinnatti | OH | 45201 |
| Top 20 | Vericlaim | | 1742 Momentum Place | | Chicago | IL | 60689-1307 |
| Member of Committee of Unsecured Creditors/Top 20 | Weinberg, Wheeler, Hudgins, Gunn & Dial LLC | Attn: David A. Dial | 3344 Peachtree Road, NE, Suite 2400 | | Atlanta | GA | 30326 |
| Top 20 | Wilson, Elser, Moskowitz, Edelman & Dicker LLP | | 150 East 42nd Street | | New York | NY | 10017-5639 |
| Lienholder | Xerox Financial Services | | 45 Glover Ave. | | Norwalk | CT | 06856 |

# **<u>EXHIBIT B</u>**

**Exhibit B**
Core 2002 List
Served via Electronic Mail

| PARTY / FUNCTION | CREDITOR NAME | CREDITOR NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to the American Heart Association | American Heart Association | M. Lewis Kinard | lewis.kinard@heart.org |
| Lienholder | CIT Technology Financing Services, Inc. | | Jax-CustServMgr@cit.com |
| Counsel to The Private Bank & Trust Company, the Debtors' Senior Secured Lender | Cole Schotz Meisel Forman and Leonard PA | Norman L Pernick Esq and Therese A Scheuer Esq | npernick@coleschotz.com; tscheuer@coleschotz.com |
| Counsel to The Taubman Company LLC and the Taubman Landlords | Cooch and Taylor, P.A. | Susan E. Kaufman | skaufman@coochtaylor.com |
| Counsel to DDR Corp. | DDR Corp. | Eric C. Cotton, Esq. | ecotton@ddr.com |
| US DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | attorney.general@state.de.us |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Counsel on behalf of BRE/Pearlridge, LLC, Glimcher Malibu, LLC, JG Elizabeth, LLC, Puente Hills Mall, LLC and UPV Glimcher L.P. (collectively, "Creditors") | Frost Brown Todd LLC | Ronald E. Gold | rgold@fbtlaw.com |
| Counsel on behalf of BRE/Pearlridge, LLC, Glimcher Malibu, LLC, JG Elizabeth, LLC, Puente Hills Mall, LLC and UPV Glimcher L.P. (collectively, "Creditors") | Frost Brown Todd LLC | Josephn B. Wells | jbwells@fbtlaw.com |
| Associate General Counsel of GGP Limited Partnership, as Direct and Inderect Owner of Landlord and/or Managing Aggent | GGP Limited Partnership, as Agent | Kristen N. Pate | ggpbk@ggp.com |
| IRS | Internal Revenue Service | Insolvency Section | SBSE.Insolvency.Balt@irs.gov |
| Top 20 | Jackson Lewis LLP | Jeremy Bernstein Director of Revenue S | jeremy.bernstein@jacksonlewis.com |
| Counsel to The Private Bank & Trust Company, the Debtors' Senior Secured Lender | Katten Muchin Rosenman LLP | John P Sieger and David E Avraham | john.sieger@kattenlaw.com; david.avraham@kattenlaw.com |
| Top 20 | Keane Law Offices | | info@tjkeanelaw.com |

**Exhibit B**
Core 2002 List
Served via Electronic Mail

| PARTY / FUNCTION | CREDITOR NAME | CREDITOR NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to GGP Limited Partnership "GGP" | Kelley Drye & Warren LLP | Robert L. LeHane, Esq. & Jennifer D. Raviele, Esq. | KDWBankruptcyDepartment@kelleydrye.com |
| Top 20 | Litchfield Cavo | | becker@litchfieldcavo.com |
| Office of the United States Trustee District of Delaware | Office of the United States Trustee | Benjamin Hackman | benjamin.a.hackman@usdoj.gov |
| DE AG Office | Office of the US Attorney General | Joseph R. Biden III | attorney.general@state.de.us |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | secbankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | Daniel M Hawke Regional Dir | secbankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission NY Office | George S Canellos Regional Director | bankruptcynoticeschr@sec.gov |
| Counsel to Simon Property Group, Inc. | Simon Property Group, Inc. | Attn Ronald M Tucker, Esq. | rtucker@simon.com |
| Lienholder / Bank | The Private Bank and Trust Company | Robert Corsentino | rcorsentino@theprivatebank.com |
| Counsel to The Taubman Company LLC and the Taubman Landlords | The Taubman Company | Andrew S Conway, Esq | aconway@taubman.com |
| Attorney for Underwood/Thomas P.C. | Underwood/Thomas P.C. | Richard D. Underwood | rdu@underwoodthomas.com |
| US Attorneys Office | US Attorney for Delaware | Charles Oberly c/o Ellen Slights | usade.ecfbankruptcy@usdoj.gov |