IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| IPC International Corporation, *et al.*[1] ) | Case No. 13-12050 (MFW) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

**NOTICE OF AGENDA MATTERS SCHEDULED
FOR OCTOBER 9, 2013 AT 11:30 A.M. (EASTERN)
BEFORE THE HON. MARY F. WALRATH AT THE UNITED
STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
824 MARKET STREET, COURTROOM 4, 5TH FLOOR
WILMINGTON, DELAWARE 19801**[2]

I.  **UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION**

  1.  Motion of the Official Committee of Unsecured Creditors for an Order Clarifying the Requirements to Provide Access to Confidential or Privileged Information [Filed 9/10/13, D.I. 170]

  Response Deadline:

  October 2, 2013 at 4:00 p.m.

  Related Documents:

  (a) Certification of No Objection Regarding Docket No. 170 [Filed 10/7/13, D.I. 206]

  Response(s) Received:

  None.

  Status:

  A certificate of no objection has been filed.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: IPC International Corporation (2698); and The Security Network Holdings Corporation (7985). The address of each of the Debtors is 2111 Waukegan Road, Bannockburn, IL 60015.

[2]  Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m. one business day prior to the hearing.

PAC 1121279v.1

2. Application of Official Committee of Unsecured Creditors for Order, Pursuant to 11 U.S.C. §§ 328, and 1103, Fed. R. Bankr. P. 2014, and Local Rule 2014-1, Authorizing and Approving the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Counsel to Official Committee of Unsecured Creditors *Nunc Pro Tunc* to September 5, 2013 [Filed 9/18/13, D.I. 180]

Response Deadline:

October 2, 2013 at 4:00 p.m.

Related Documents:

(a) Certification of No Objection Regarding Docket No. 180 [Filed 10/7/13, D.I. 205]

Response(s) Received:

None.

Status:

A certificate of no objection has been filed

II. **CONTESTED MATTERS GOING FORWARD**

3. Debtors' Motion for an Order Extending the Automatic Stay to Certain Third-Party Indemnitee Litigation [Filed 8/9/13, D.I. 18]

Response Deadline: August 27, 2013 at 4:00 p.m.

Related Documents:

(a) Notice of Hearing re: Debtors' Motion for an Order Extending the Automatic Stay to Certain Third-Party Indemnitee Litigation [Filed 8/13/13, D.I. 52]

(b) Notice of Filing of Revised Schedule to Debtors' Motion for an Order Extending the Automatic Stay to Certain Third-Party Indemnitee Litigation [Filed 8/28/13, D.I. 107]

(c) Declaration of Scott M. Strong, Chief Financial Officer of IPC International Corporation, in Further Support of Debtors' Motion for Order Extending the Automatic Stay to Certain Third-Party Indemnitee Litigation [Filed 8/30/13, D.I. 127]

2

(d) Order Approving the Stipulation Resolving the Objection to Debtors' Motion for an Order Extending the Automatic Stay to Certain Third-Party Indemnitee Litigation [Filed 9/10/13, D.I. 166]

(e) Order Extending the Automatic Stay to Certain Third-Party Indemnitee Litigation [Filed 9/10/13, D.I. 167]

(f) Notice of Entry of (I) Order Extending the Automatic Stay to Certain Third-Party Indemnitee Litigation and (II) Hearing with Regard to Motion Extending the Automatic Stay to Certain Third Party Indemnitee Litigation as Set Forth on Schedule 2 to the Proposed Order [Filed 9/10/13, D.I. 169]

(g) Notice of Filing of Supplemental Schedule to Debtors' Motion for an Order Extending the Automatic Stay to Certain Third-Party Indemnitee Litigation [Filed 9/16/13, D.I. 179]

Response(s) Received:

(a) The Debtors have received informal comments from the Office of the United States Trustee.

(b) Objection to Extension of Automatic Stay by The Norman Law Firm, LLC on Behalf of Kunbi Alabi-Shonde and Her Minor Children Who Are Plaintiffs in C.A. 1:11-cv-00608 in the U.S. District Court of Delaware [Filed 8/27/13, D.I. 100]

(c) Objection to Debtors' Motion for an Order Extending the Automatic Stay to Certain Third-Party Indemnitee Litigation Filed by Lauren Eaton, Jerry Eaton [Filed 8/27/13, D.I. 102]

(d) Objection to Debtors' Motion for an Order Extending the Automatic Stay to Certain Third-Party Indemnitee Litigation Filed by Robert Bruce Harshey [Filed 8/27/13, D.I. 103]

(e) Opposition to Debtors' Motion to Extend the Automatic Stay and Notice of Cross Motion to Lift Automatic Stay to Allow Continuance of Proceedings Solely to Recover from Insurance Coverage Filed by Pamela Parker [Filed 8/27/13, D.I. 104]

(f) Objection to the Extension of Automatic Stay on Behalf of Brendan McKown Who is a Plaintiff in W.A. 3:08-cv-05754-BHS in the U.S. District Court of Washington Western District [Filed 8/28/13, D.I. 105]

    (g)    Letter to Honorable Mary F. Walrath regarding Motion for Relief from Stay Extending Automatic Stay to Certain Third Party Indemnitee Litigation Filed by Encompass Insurance Company of New Jersey [D.I. 195]

    (h)    The Debtors have received an informal response from Zachary Fletcher, a minor, by and through his father and next best friend, Tony Fletcher

Status:

This matter has been resolved with respect to responses (a) through (f) above by entry of this Court's prior orders. This matter is going forward with respect to responses g and h only.

4.    Motion of the Debtors for Orders: (1)(A) Approving Bidding Procedures for the Sale of Assets Used in the Debtors Standing Guard and Patrol Business, (B) Scheduling an Auction and Hearing to Consider Such Sale of Assets, (C) Authorizing Payment of the Break-Up Fee and Expense Reimbursement, (D) Approving Assumption and Assignment Procedures Related to Such Sale, and (E) Approving the Form and Manner of Related Notice; and (2)(A) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, and (B) Authorizing and Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Such Sale [Filed 8/10/13, D.I. 21]

Sale Objection Deadline:

October 4, 2013 at 4:00 p.m.

Related Documents:

    (a)    Notice of Hearing re: Motion of the Debtors for Orders: (1)(A) Approving Bidding Procedures for the Sale of Assets Used in the Debtors Standing Guard and Patrol Business, (B) Scheduling an Auction and Hearing to Consider Such Sale of Assets, (C) Authorizing Payment of the Break-Up Fee and Expense Reimbursement, (D) Approving Assumption and Assignment Procedures Related to Such Sale, and (E) Approving the Form and Manner of Related Notice; and (2)(A) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, and (B) Authorizing and Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Such Sale [Filed 8/13/13, D.I. 53]

    (b)    Order: (A) Approving Bidding Procedures for the Sale of Assets Used in the Debtors' Standing Guard and Patrol Business, (B) Scheduling the Auction, (C) Scheduling the Sale Hearing, (D) Authorizing Payment of the

    Break-up Fee and Expense Reimbursement, (E) Approving the Deposit Escrow Agreement, (F) Approving Assumption and Assignment Procedures Related to the Sale, and (G) Approving the Form of Auction and Sale Notice [Filed 8/27/13, D.I. 97]

 (c) Amended Order: (A) Approving Bidding Procedures for the Sale of Assets Used in the Debtors' Standing Guard and Patrol Business, (B) Scheduling the Auction, (C) Scheduling the Sale Hearing, (D) Authorizing Payment of the Break-up Fee and Expense Reimbursement, (E) Approving the Deposit Escrow Agreement, (F) Approving Assumption and Assignment Procedures Related to the Sale, and (G) Approving the Form of Auction and Sale Notice [Filed 8/27/13, D.I. 98]

 (d) Notice of Assumption, Assignment and/or Transfer [Filed 8/30/13, D.I. 128]

 (e) Notice of Filing of Amended Cure Schedule [Filed 9/16/13, D.I. 178]

Response(s) Received:

 (a) Objection of Professional Security Consultants to Motion of the Debtors for Orders (A) Approving Bidding Procedures for the Sale of Assets Used in the Debtors' Standing Guard and Patrol Business, (B) Scheduling an Auction and Hearing to Consider Such Sale of Assets, (C) Authorizing Payment of the Break-Up Fee and Expense Procedures Related to Such Sale, (D) Approving Assumption and Assignment Procedures to Such Sale; and (E) Approving the Form and Manner of Related Notice [Filed 8/20/13, D.I. 77]

 (b) Response of the PrivateBank and Trust Company to Objection of Professional Security Consultants to Motion of the Debtors for Orders (A) Approving Bidding Procedures for the Sale of Assets Used in the Debtors' Standing Guard and Patrol Business, (B) Scheduling an Auction and Hearing to Consider Such Sale of Assets, (C) Authorizing Payment of the Break-Up Fee and Expense Procedures Related to Such Sale, (D) Approving Assumption and Assignment Procedures to Such Sale; and (E) Approving the Form and Manner of Related Notice [Filed 8/21/13, D.I. 79]

 (c) Debtors' Response to Objection of Professional Security Consultants to Motion of the Debtors for Order: (1)(A)Approving Bidding Procedures for the Sale of Assets Used in the Debtors' Standing Guard and Patrol Business, (B) Scheduling an Auction and Hearing to Consider Such Sale of Assets, (C) Authorizing Payment of the Break-Up Fee and Expense Reimbursement, (D) Approving Assumption and Assignment Procedures Related to Such Sale, and (E) Approving the Form and Manner of Related

              Notice; and (2)(A) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims Encumbrances, and Interests, and (B) Authorizing and Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Such Sale [Filed 8/21/13, D.I. 81]

(d)      Limited Objection and Reservation of Rights of GGP Limited Partnership, Gregory Greenfield & Associates, Ltd., Jones Lang LaSalle Americas, Inc., Rouse Properties, Inc., and Aventura Mall Venture to the (I) Motion of the Debtors for Orders: (1) (A) Approving Bidding Procedures for the Sale of Assets Used in the Debtors' Standing Guard and Patrol Business, (B) Scheduling an Auction and Hearing to Consider Such Sale of Assets, (C) Authorizing Payment of the Break-Up Fee and Expense Reimbursement, (D) Approving Assumption and Assignment Procedures Related to Such Sale, and (E) Approving the Form and Manner of Related Notice; and (2) (A) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, and (B) Authorizing and Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Such Sale; and (II) Debtors' Notice of Assumption, Assignment, and/or Transfer [Filed 10/2/13, D.I. 198]

(e)      Objection and Reservation of Rights of the Taubman Company LLC and the Taubman Landlords to Motion of the Debtor for an Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims, Encumbrances, and Interests and (B) Authorizing and Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Such Sale [Filed 10/4/13, D.I. 200]

(f)      Limited Objection and Reservation of Rights of AIG Property Casualty Inc. f/k/a Chartis, Inc., Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA, and their Affiliates to the Motion of the Debtors for Orders: (1)(A) Approving Bidding Procedures for the Sale of Assets Used in the Debtors Standing Guard and Patrol Business, (B) Scheduling an Auction and Hearing to Consider Such Sale of Assets, (C) Authorizing Payment of The Break-Up Fee and Expense Reimbursement, (D) Approving Assumption and Assignment Procedures Related to Such Sale, and (E) Approving the Form and Manner of Related Notice; and (2)(A) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, and (B) Authorizing and Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Such Sale [Filed 10/4/13, D.I. 204]

Status:

      This matter is going forward

PAC 1121279v.1

| | |
|---|---|
| Dated: October 7, 2013<br>Wilmington, Delaware | **POTTER ANDERSON & CORROON LLP**<br><br>_____<br>Jeremy W. Ryan (DE Bar No. 4057)<br>Etta R. Mayers (DE Bar No. 4164)<br>1313 North Market Street, Sixth Floor<br>P.O. Box 951<br>Wilmington, DE 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br><br>*Co-Counsel for Debtors and Debtors in Possession*<br><br>-and-<br><br>**PROSKAUER ROSE LLP**<br>Paul V. Possinger<br>Brandon W. Levitan<br>Three First National Plaza<br>70 West Madison, Suite 3800<br>Chicago, IL 60602-4342<br>Telephone: (312) 962-3550<br>Facsimile: (312) 962-3551<br><br>*Counsel for Debtors and Debtors in Possession* |