# **EXHIBIT B**

**(Engagement Letter)**



# GLASSRATNER

Date:   September 30, 2013

To      Official Committee of Unsecured Creditors of IPC International Corporation, et al.
        c/o Bradford J. Sandler, Esq.
        Pachulski Stang Ziehl & Jones LLP

From:   James Fox, Principal

Re:     **Engagement by the Official Committee of Unsecured Creditors of IPC International Corporation, et al.**

## Introduction

This memo agreement confirms our understanding that Pachulski Stang Ziehl & Jones ("Counsel"), on behalf of its client, the Official Committee of Unsecured Creditors of IPC International Corporation, et al. (the "Client" or the "Committee"), is engaging GlassRatner Advisory & Capital Group, LLC ("GlassRatner") to act as Financial Advisor to the Committee, and that our retention is subject to Court approval.

It is our understanding that you are authorized to retain us on behalf of the Client. James Fox, Principal of GlassRatner, will lead our day-to-day activities and will report directly to you. Although Mr. Fox will lead the firm's activities, he will assign appropriate staff to the matter, as appropriate.

## Scope of Services

While the direction of this case cannot be predicted, we anticipate that the scope of our services will include the following tasks:

- Analyze the Debtors' liquidation/waterfall analysis, as well as the Debtors' underlying financial projections (including the DIP Order Budget);
- Monitor the Debtors' sale process, including periodic updates as to the status of specific buyers;
- As necessary, develop a revised liquidation/waterfall analysis and/or valuation based on GlassRatner's evaluation of the underlying facts and circumstances;
- Analyze the Debtors' operations prior to and after the Petition Date, as the Committee deems necessary;
- Analyze the Debtors' financial information prior to and after the Petition Date, as the Committee deems necessary;
- Review the prospects and opportunities for the Debtors as an ongoing business operation;

- Review the financial aspects of any Disclosure Statement and Plan of Reorganization;
- Negotiate with the Debtors' Financial Advisor in the best financial and business interests of the unsecured creditors;
- Advise the Committee and Counsel on various financial and business matters associated with the Debtors;
- Address any related financial and business issues, as requested by the Committee and/or Counsel;
- Attend meetings of creditors and confer with representatives of the Committee, the Debtors and their counsel; and
- Report to the Committee and Counsel on a regular basis.

We further understand that the Committee may ask Mr. Fox to testify at hearings from time to time should circumstances warrant it.

## Compensation

Our professional fees for the work performed on this matter will be based on the number of hours worked at our standard hourly billing rates. All out of pocket costs are billed in addition at actual cost incurred. Our firm's current standard hourly billing rates range from $95 to $495 per hour. Rates for the professionals that may be involved in this matter are set out below:

| Professional | Rate |
|---|---|
| James Fox | $495 |
| Marc Levee | $295 |
| Managers | $195 - $295 |
| Associates and Other Staff | $95 - $195 |

In matters where travel is required, we bill 50% of our travel time. We will provide detailed billing monthly or at other logical points during the engagement. Our fees are not contingent on the outcome of the matter. It is our understanding that although you are retaining us, all fees and costs shall be charged and paid as an administrative expense against IPC International's bankruptcy estate in accordance with the Order Under Bankruptcy Code Sections 105(a) and 331 Establishing Procedures for Interim Compensation entered in the case on August 9, 2013 [Docket No. 11]. It is understood that, notwithstanding this engagement letter, the bankruptcy court may award compensation and expense reimbursement to GlassRatner on terms different than those set forth herein. Neither the Committee members nor Counsel shall be individually or personally liable for payment of GlassRatner's fees and expenses.

## Limitations

GlassRatner is not a public accounting firm. Our procedures and consulting services will not constitute an "Audit" or "Review" in accordance with generally accepted auditing standards in the United States. Accordingly, we will not be expressing an Audit Opinion on any of the financial or other data received in this engagement.

## Indemnification

To the extent permitted by the bankruptcy court and Code, the Client agrees to indemnify and hold harmless GlassRatner (including any employees or affiliated persons) from and against all

claims, liabilities, losses and damages arising out of our services performed upon the Client's behalf except to the extent caused by gross negligence or willful misconduct by us. Such indemnification rights include reimbursement of any legal or other expenses reasonably incurred by GlassRatner in connection with the defense of such claims; provided, however, that they shall be excluded from such indemnification and reimbursement of any such loss, damage, liability, claim or expense which arises out of or is based upon any action or failure to act by GlassRatner pursuant to this agreement which constitutes gross negligence, other acts of misconduct or bad faith in performance under this agreement on the part of GlassRatner. Such indemnification shall survive the completion of the engagement.

### Termination

This agreement may be terminated immediately by either party, in its sole discretion, for any reason whatsoever. Upon termination of this agreement, GlassRatner shall be entitled to all unpaid expenses incurred pursuant to this agreement and the remaining unpaid balance of any fee, which is due and payable pursuant hereto.

### Confidentiality

GlassRatner agrees to keep all information pertaining to the Debtors and the Committee confidential and to not disclose such information (to the extent it has not become public without regard to disclosure by GlassRatner) without the express authorization of Counsel. If GlassRatner receives a subpoena or other court process compelling disclosure of any information pertaining to this engagement, it will give the Committee and Counsel as much notice as is practicable in the circumstances to allow them to preclude or condition the disclosure of any confidential information as appropriate.

### Governing Law; Dispute Resolution

The laws of the State of New York shall govern this agreement and any controversy arising under it. Any disputes arising hereunder shall be resolved by the bankruptcy court. The prevailing party in any dispute arising hereunder shall be entitled to recover from the other all fees and costs incurred, including legal fees and costs and the costs of experts, in any proceedings, including, but not limited to litigation, bankruptcy, and in any appellate proceedings as well.

### Conclusion

We look forward to working with you on these important matters. All correspondence should be directed to:

James Fox
GlassRatner Advisory & Capital Group, LLC
One Grand Central Place
60 East 42nd Street, Suite 2200
New York, NY 10165
Phone: 212.223.2430 x11
E-mail: jfox@glassratner.com

If you agree with the terms of this agreement, please sign and return one copy to us.

Dated: October 8, 2013

THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF IPC INTERNATIONAL CORPORATION, ET AL.

_____
Ziaee Law in its capacity as the representative to
the Committee for Mary Carmona-Rousse, Class Action Plaintiff
By: Rana Ziaee

Solely in her capacity as Chair of the
Official Committee of Unsecured Creditors of
IPC International Corporation, et al.