# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | IPC INTERNATIONAL CORPORATION, ET AL. |
| **Case Number:** | 13-12050-MFW    **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, OCTOBER 09, 2013 11:30 AM   CRT#4, 5TH FL. |
| **Bankruptcy Judge:** | MARY F. WALRATH |
| **Courtroom Clerk:** | LAURIE CAPP |
| **Reporter / ECR:** | BRANDON MCCARTHY |

### Matters:

1) Sale Hearing
   **R / M #:**   207 / 0

2) MOTION FOR RELIEF FROM STAY EXTENDING THE AUTOMATIC STAY TO CERTAIN THIRD-PARTY INDEMNITEE LITIGATION
   **R / M #:**   18 / 0

### Appearances:

See attached sign-in sheet

### Proceedings:

Agenda Matters:
  Item 1 - Order entered under CNO
  Item 2 - Order entered under Certification of Counsel
  Item 3 - Order due under Certification of Counsel
  Item 4 - Order due under Certification of Counsel