IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| IPC International Corporation, et al.,[1] | ) | Case No. 13-12050 (MFW) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| | ) | |

**NOTICE OF: (1) THE DEBTORS' CLOSING OF THE SALE OF SUBSTANTIALLY ALL OF THEIR ASSETS TO UNIVERSAL PROTECTION SERVICE, LLC; AND (2) FILING OF SECOND AMENDMENT TO ASSET PURCHASE AGREEMENT**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On August 9, 2013, the above captioned debtors and debtors in possession (together, the "Debtors") entered into that certain Asset Purchase Agreement (as amended, the "APA") with Universal Protection Service, LLC ("UPS"). On or around September 17, 2013 the Debtors and UPS amended the APA (the "First Amendment"), a copy of which was filed with the Court on October 9, 2013 [Docket No. 226].

2. On November 22, 2013, the Debtors and UPS entered into the Second Amendment to Asset Purchase Agreement, copy of which is attached hereto as **Exhibit A**.

3. On November 25, 2013, the Debtors closed the sale of substantially all of their assets to UPS pursuant to the terms of the APA.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: IPC International Corporation (2698); and The Security Network Holdings Corporation (7985). The address of each of the Debtors is 2111 Waukegan Road, Bannockburn, IL 60015.

PAC 1132840v.1

Dated: December 11, 2013
      Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

/s/ Jeremy W. Ryan
Jeremy W. Ryan (DE Bar No. 4057)
Etta R. Mayers (DE Bar No. 4164)
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

*Co-Counsel for the Debtors and Debtors in Possession*

-and-

**PROSKAUER ROSE LLP**
Paul V. Possinger
Brandon W. Levitan
Three First National Plaza
70 West Madison, Suite 3800
Chicago, Illinois 60602
Telephone: (312) 962-3550
Facsimile: (312) 962-3551

*Counsel for the Debtors and Debtors in Possession*

PAC 1132840v.1