IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| IPC International Corporation, *et al.*[1] ) | Cases No. 13-12050 (MFW) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | **Re: Docket No. 818** |

**ORDER APPROVING MOTION FOR ENTRY OF AN ORDER (A) APPROVING AND
SCHEDULING A COMBINED HEARING ON THE ADEQUACY OF THE
DISCLOSURE STATEMENT AND PLAN CONFIRMATION; (B) APPROVING FORM
AND MANNER OF NOTICE OF CONFIRMATION HEARING; (C) APPROVING
PROCEDURES FOR THE SOLICITATION AND TABULATION OF VOTES TO
ACCEPT OR REJECT THE PLAN; (D) APPROVING DEADLINE AND PROCEDURES
FOR FILING OBJECTIONS TO THE PLAN AND DISCLOSURE STATEMENT;
AND (E) GRANTING RELATED RELIEF**

Upon the motion, dated April 28, 2015 (the "Solicitation Procedures Motion")[2] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), for the entry of an order (the "Order"): (a) setting a combined hearing on the adequacy of the Disclosure Statement and Plan confirmation; (b) approving the form and manner of notice of the Combined Confirmation Hearing; (c) approving procedures for the solicitation and tabulation of votes to accept or reject the Plan; (d) approving deadline and procedures for objecting to the Disclosure Statement and the Plan; and (e) granting related relief; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Solicitation Procedures Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are: IPC International Corporation (2698); and The Security Network Holdings Corporation (7985). The address of each of the Debtors is 2111 Waukegan Road, Bannockburn, IL 60015.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Solicitation Procedures Motion.

the Solicitation Procedures Motion is in the best interests of the Debtors' estates, their creditors and other parties in interest; and the Debtors having provided appropriate notice under the circumstances of the Solicitation Procedures Motion and the opportunity for a hearing (the "Hearing") on the Solicitation Procedures Motion, and that no other or further notice is required; and the Court having reviewed the Solicitation Procedures Motion; and the Court having determined that the legal and factual bases set forth in the Solicitation Procedures Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefore, it is HEREBY ORDERED THAT:

1. The Solicitation Procedures Motion is granted as set forth herein.

2. The Debtors' request for a combined hearing on approval of the Disclosure Statement and Confirmation of the Plan, and the confirmation schedule set forth in the table below are hereby approved.

| June 2, 2015 | Voting Record Date |
| --- | --- |
| June 5, 2015 | Date of service of Notices of Hearing, Ballots and Solicitation Packages or Notices of Non-Voting Status, as applicable (the "Solicitation Date") |
| July 3, 2015 | Deadline for Voting on the Plan |
| July 3, 2015 | Deadline to object to Disclosure Statement and/or confirmation of the Plan |
| July 8, 2015 | Deadline for replies to Disclosure Statement and confirmation objections, if any |
| July 10, 2015 | Combined Confirmation Hearing. |

3. The manner of filing any objections to the adequacy of the Disclosure Statement or confirmation of the Plan, as set forth in the Confirmation Hearing Notice is hereby approved.

4. The form of the Confirmation Hearing Notice, substantially in the form attached

PAC 1190266v.4

hereto as **Exhibit 1**, complies with the requirements of Bankruptcy Rules 2002 and 3017 and is hereby approved in its entirety. The proposed manner of service of the Confirmation Hearing Notice by the Debtors is hereby approved.

5.     The form of Notice of Non-Voting Status, substantially in the form annexed hereto as **Exhibit 2**, which will be distributed to Holders, as of the Voting Record Date, of (a) claims in Classes I, II, and III, which Classes are deemed to accept the Plan, and (b) claims and interests in Classes V and VI, which classes are deemed to reject the Plan, and the proposed service thereof by the Debtors is hereby approved.

6.     The form of Ballot, substantially in the form annexed hereto as **Exhibit 3**, is approved.

7.     All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

8.     The form of distributed solicitation packages (the "Solicitation Packages"), which will be sent by the Debtors to all holders of claims in Class IV (the "Voting Class") and proposed manner of service thereof by the Debtors is hereby approved.

9.     The Debtors are not required to distribute Solicitation Packages, Ballots, copies of the Disclosure Statement or Plan or any other notices other than the Confirmation Hearing Notice to holders of claims against the Debtors pursuant to section 1123(a)(1) of the Bankruptcy Code.

10.    With respect to addresses from which notices of the Confirmation Hearing Notice are returned as undeliverable by the United States Postal Service, the Debtors are excused from distributing a Solicitation Package, Notice of Non-Voting Status and/or the Confirmation Hearing Notice to those entities listed at such addresses unless the Debtors are provided with

accurate addresses for such entities at least one Business Day prior to the Solicitation Date, and failure to distribute these documents to such entities does not constitute inadequate notice of the Confirmation Hearing, the Voting Deadline (as defined below) or violation of Bankruptcy Rule 3017(d).

11. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Solicitation Procedures Motion.

12. Except as otherwise provided herein, to be counted as a vote to accept or reject the Plan, each Ballot must be properly executed, completed and the original thereof delivered to the Voting and Balloting Agent so as to be actually received by the Voting and Balloting Agent no later than 4:00 p.m. (prevailing Eastern time) on July 3, 2015 (the "Voting Deadline").

13. The Tabulation Procedures set forth in the Solicitation Procedures Motion and utilized by the Debtors, including the procedures used to determine which claims are allowed or disallowed for Plan voting purposes and the procedures used to determine which Ballots should be excluded from the tabulation, are approved, except, that if a Ballot is returned unsigned, the Debtors shall not be permitted to accept such unsigned Ballot.

14. Objections to confirmation of the Plan or proposed modifications to the Plan, if any, must be: (a) in writing, (b) conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, (c) state the name and address of the objecting party and the amount and nature of the claim or interest of such party, (d) state with particularity the basis and nature of any objection to the Plan, and (e) be filed electronically, together with proof of service, with the Court and served on the parties listed in the Confirmation Hearing Notice or Notice of Non-Voting Status, as applicable, on or before 4:00 p.m. (prevailing Eastern time) on July 3, 2015 (the "Plan Objection Deadline").

15. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

16. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

Dated: Wilmington, Delaware
       May 28, 2015

_____
The Honorable Mary F. Walrath
United States Bankruptcy Judge