**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| IPC International Corporation, *et al.*[1] | ) | Case No. 13-12050 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATION OF JEFFREY R. MILLER WITH RESPECT
TO THE TABULATION OF VOTES ON THE FIRST AMENDED JOINT
PLAN OF LIQUIDATION OF IPC INTERNATIONAL CORPORATION
AND THE SECURITY NETWORK HOLDINGS CORPORATION**

I, Jeffrey R. Miller, depose and say under penalty of perjury:

1.     I am a Senior Consultant, employed by Kurtzman Carson Consultants LLC ("KCC"), the administrative agent retained by IPC International Corporation and The Security Network Holdings Corporation (collectively, the "Debtors") to assist with the solicitation and voting process in the above-captioned Chapter 11 cases, pursuant to the *Order Pursuant to 11 U.S.C. § 327(A) and Fed. R. Bankr. P. 2014 Authorizing the Employment and Retention of Kurtzman Carson Consultants LLC as Administrative Agent, Nunc Pro Tunc to the Petition Date* [Docket No. 142].  My business address is 2335 Alaska Avenue, El Segundo, California 90245. I am over the age of 18 and not a party to this action.

2.     On May 28, 2015, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order Approving Motion for Entry of an Order (A) Approving and Scheduling a Combined Hearing on the Adequacy of the Disclosure Statement and Plan Confirmation; (B) Approving Form and Manner of Notice of Confirmation Hearing; (C) Approving Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: IPC International Corporation (2698); and The Security Network Holdings Corporation (7985).

*Plan; (D) Approving Deadline and Procedures for Filing Objections to the Plan and Disclosure Statement; and (E) Granting Related Relief* [Docket No. 876] (the "Solicitation Procedures Order") establishing, among other things, certain solicitation and voting tabulation procedures.

3. KCC worked with the Debtors and their counsel to solicit votes to accept or reject the *First Amended Joint Plan of Liquidation of IPC International Corporation and the Security Network Holdings Corporation* [Docket No. 861] (the "First Amended Plan") and to tabulate the ballots of creditors voting to accept or reject the Plan. Except as otherwise noted, I could and would testify to the following based upon my personal knowledge. I am authorized to submit this Certification on behalf of KCC.

4. KCC has considerable experience in soliciting and tabulating votes to accept or reject proposed chapter 11 plans.

A. **Service and Transmittal of Solicitation Packages and Related Information**

5. On June 5, 2015, KCC caused to be served Solicitation Packages (as defined in the Solicitation Procedures Order[2]) on all known members of Class IV General Unsecured Claims in accordance with the Solicitation Procedures Order. An affidavit evidencing the service of the foregoing was filed with the Court on June 12, 2015 [Docket No. 911].

6. In addition, in compliance with the Solicitation Procedures Order, copies of the Solicitation Procedures Order, and the Disclosure Statement for Debtors' First Amended Joint Plan of Liquidation [Docket No. 860] (the "Disclosure Statement") have been available, free of charge, at www.kccllc.net/ipc (the "KCC Website").

B. **The Tabulation Process**

7. The Solicitation Procedures Order established June 2, 2015 as the record date (the "Record Date") for determining which creditors were entitled to receive Solicitation Packages

---

[2] Terms not otherwise described herein shall have the meanings ascribed to them in the Solicitation Procedures Order.

and, where applicable, vote on the Plan. Pursuant to the Solicitation Procedures Order, holders of claims in Class IV General Unsecured Claims were entitled to vote to accept or reject the Plan. No other classes were entitled to vote on the Plan.

8. Pursuant to the Solicitation Procedures Order, KCC relied on the Debtors' Schedules of Assets and Liabilities and the claims information pertaining to the Debtors' Chapter 11 Cases as reflected in KCC's systems in order to identify the holders of claims entitled to vote to accept or reject the Plan.[3]

9. Using the information outlined above, and with specific guidance and approval from Debtors' counsel, KCC created a voting database reflecting the names of holders in the Voting Classes, addresses of such holders, voting amounts and classification of Claims in the Voting Classes.

10. Using its KCC CaseView voting database ("KCC CaseView"), KCC generated ballots for holders of Claims entitled to vote to accept or reject the Plan. The Solicitation Procedures Order established July 3, 2015 at 4:00 p.m. (prevailing Eastern Time) as the deadline for receiving ballots to accept or reject the Plan (the "Voting Deadline").

11. Pursuant to the Disclosure Statement Order, KCC received and tabulated ballots as follows: (a) each returned ballot was opened and inspected at KCC's offices; (b) ballots were date-stamped and scanned into KCC CaseView; and (c) all ballots received on or before the Voting Deadline were then entered into KCC CaseView and tabulated in accordance with the tabulation rules outlined in the Disclosure Statement Order.

12. Set forth below is a summary of the voting results with respect to the Voting Classes tabulated on a consolidated basis:

---

[3] Creditors who were moved from Schedule E to Schedule F on the Amendments to Schedules of Assets and Liabilities [Docket No. 888] filed on June 3, 2015 were also entitled to vote.

| Total Ballots Received | | | |
|---|---|---|---|
| **Accept** | | **Reject** | |
| **Number** | **Amount** | **Number** | **Amount** |
| Class IV –General Unsecured Claims | | | |
| 46 (90.20%) | $74,788,642.26 (99.69%) | 5 (9.80%) | $235,879.66 (0.31%) |

13. The final Ballot Report containing the consolidated summary Ballot Report of the Voting Class is annexed hereto as <u>Exhibit A.</u> The detailed Ballot Report for the Voting Class IV General Unsecured Claims is attached to this Certification as <u>Exhibit A-1</u>.

**C.    The Unacceptable Ballots**

14. Attached as <u>Exhibit B</u> to this Certification is a detailed report of any ballots that were not included in the tabulation above because they did not satisfy the requirements for a valid ballot as set forth in the Solicitation Procedures Order for the reasons described below:

| | | |
|---|---|---|
| a. | Abstained | Any ballot that failed to indicate any acceptance or rejection of the Plan, or that indicated both acceptance and rejection of the Plan. |
| b. | Late-Filed | Any ballot received after the Voting Deadline |
| c. | Illegible | Any ballot that is illegible |
| d. | Not Signed | Any ballot that is not executed |
| e. | Not Entitled to Vote | Any ballot purporting to be a vote in a Class in which the Claimant is not entitled to vote because the Claimant does not hold a Claim in such Class. |

*(THIS SPACE INTENTIONALLY LEFT BLANK)*

## Conclusion

15. To the best of my knowledge, information and belief, the foregoing information concerning the distribution, submission and tabulation of ballots in connection with the Plan is true. The ballots received by KCC are stored at KCC's office and are available for inspection by or submission to this Court.

Dated: July 7, 2015

_____
Jeffrey R. Miller
Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245
Phone: (310) 823-9000

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on July 7, 2015, by Jeffrey R. Miller, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature: _____

LYDIA PASTOR NINO
Commission # 1960751
Notary Public - California
Los Angeles County
My Comm. Expires Nov 18, 2015

# **<u>EXHIBIT A</u>**

**Exhibit A**
**Summary Ballot Report for Class IV - General Unsecured Claims**

| Total Members | Unacceptable Votes | Members Voted | Members Accepted | Members Rejected | Members Abstained | % Members Accepted | % Members Rejected | Total $ Voted | $ Accepted | $ Rejected | $ Abstained | % $ Accepted | % $ Rejected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 406 | 5 | 51 | 46 | 5 | 3 | 90.20% | 9.80% | $75,024,521.92 | $74,788,642.26 | $235,879.66 | $1,002,550.70 | 99.69% | 0.31% |

In re: IPC International Corporation, et al.
Case No. 13-12050 (MFW)

Page 1 of 1

7/7/2015 10:01 AM

# **<u>EXHIBIT A-1</u>**

**Exhibit A-1**
**Class IV: General Unsecured Claims**

| Date Received | Ballot Number | Name | Voting Amount | Vote |
|---|---|---|---|---|
| 06/16/2015 | 15 | 10-8 RETROFIT INC | $692.64 | Accept |
| 06/22/2015 | 34 | A1 GOLF CART LEASING, INC. | $68.19 | Accept |
| 07/03/2015 | 57 | ACE DE LA ROSA | $1,000,000.00 | Accept |
| 06/22/2015 | 32 | ALLEN, SHEPHARD, LEWIS & SYRA P.A. | $7,869.88 | Accept |
| 06/29/2015 | 43 | Allen, Shepherd, Lewis & Syra, P.A. | $10,709.68 | Accept |
| 06/30/2015 | 49 | American Heart Association | $1,346.75 | Accept |
| 06/23/2015 | 37 | Bonner Kiernan Trebach & Crociata, LLP | $7,009.14 | Accept |
| 06/22/2015 | 30 | BROWARD ELECTRIC CAR & EQUIPMENT | $11,029.82 | Accept |
| 06/16/2015 | 18 | BROWN, GWENDOLYN B | $94,220.40 | Accept |
| 06/29/2015 | 47 | CAHABA CYCLES | $741.67 | Accept |
| 06/22/2015 | 31 | CELEBRITY CLEANERS | $193.13 | Accept |
| 06/16/2015 | 13 | Chester Carnes | $500,000.00 | Accept |
| 06/15/2015 | 2 | CITY OF IRVINE | $51.00 | Accept |
| 06/15/2015 | 1 | CLANCY SYSTEMS INTERNATIONAL, INC. | $4,400.00 | Accept |
| 06/16/2015 | 6 | COMMONWEALTH OF PENNSYLVANIA | $35.00 | Accept |
| 06/15/2015 | 3 | DACA VI, LLC | $3,250.00 | Accept |
| 06/30/2015 | 51 | DAN MCKOWN | $12,000,000.00 | Accept |
| 06/16/2015 | 14 | DARLENE VANOSTER | $1,000,000.00 | Accept |
| 06/16/2015 | 7 | David Russell | $293.22 | Accept |
| 07/02/2015 | 55 | Drew Eckl & Farnham | $159,016.11 | Accept |
| 06/29/2015 | 44 | Enterprise Rent a Car | $1,329.87 | Accept |
| 06/22/2015 | 29 | FABIAN, JUSTIN S | $1,600.00 | Accept |
| 06/16/2015 | 8 | FISHMAN MCINTYRE PC | $2,099.70 | Accept |
| 06/19/2015 | 24 | FURNISS, DAVIS, RASHKIND & SAUNDERS PC | $432.00 | Reject |
| 06/15/2015 | 4 | GO AUTO ELECTRIC | $486.54 | Accept |
| 06/25/2015 | 39 | GREATBANC TRUST COMPANY | $12,136.99 | Accept |
| 06/29/2015 | 48 | Jackson Lewis, LLP | $130,548.95 | Reject |
| 06/18/2015 | 19 | JOHN TERZIU III CHARTERED | $300,000.00 | Accept |
| 07/03/2015 | 58 | Keane Law Offices / Law Offices of T Jeffrey Keane PLLC | $96,078.79 | Reject |
| 06/23/2015 | 38 | KELLER, KELLER & CARACUZZO, PA | $10,000.00 | Accept |
| 06/30/2015 | 50 | Koeller, Nebeker, Carlson & Haluck, L.L.P. | $76,654.68 | Accept |
| 06/16/2015 | 11 | Laboratory Corporation of America | $7,641.00 | Reject |
| 06/22/2015 | 28 | Law Offices of Steven G. Kraus | $261,155.66 | Accept |

**Exhibit A-1**
**Class IV: General Unsecured Claims**

| Date Received | Ballot Number | Name | Voting Amount | Vote |
|---|---|---|---|---|
| 06/16/2015 | 5 | Leslie Stano, et al. in putative class in case no, SACV12-00088 DOC (RNBx), United States District Court for the Central Dist | $55,868,148.33 | Accept |
| 06/18/2015 | 21 | Leslie Stano, in case no. 30-2012 00573899, Superior Court of the State of California for the County of Orange | $3,055,857.00 | Accept |
| 06/16/2015 | 10 | LUSARDI MOTORSPORTS | $71.45 | Accept |
| 06/22/2015 | 35 | McCormick & Priore | $12,948.00 | Accept |
| 06/30/2015 | 52 | MCPOA | $200.00 | Accept |
| 07/03/2015 | 56 | NBCI | $40.00 | Accept |
| 06/22/2015 | 12 | RENESCA, JOHNNY | $100,000.00 | Accept |
| 06/29/2015 | 42 | RICHS ICE CREAM | $117,320.93 | Accept |
| 06/29/2015 | 46 | ROBERT J. TROBE, CORP | $527.90 | Accept |
| 06/22/2015 | 33 | RR DONNELLEY | $33,494.95 | Accept |
| 06/19/2015 | 23 | SIGNS NOW MUNDELEIN | $25.00 | Accept |
| 06/19/2015 | 25 | SMITH, CHRISTOPHER | $1,000.00 | Accept |
| 06/29/2015 | 45 | THE BUZ-LINE CO.,INC. | $99.40 | Accept |
| 06/16/2015 | 9 | TRANSCRIBER SERVICES | $975.00 | Accept |
| 06/22/2015 | 26 | United Parcel Service | $11,491.43 | Accept |
| 07/02/2015 | 54 | Universal Protection Service, LLC | $1.00 | Accept |
| 06/16/2015 | 16 | Wicker Smith OHara McCoy & Ford, P.A. | $120,051.80 | Accept |
| 06/22/2015 | 27 | YOUNG, BENJAMIN A | $1,178.92 | Reject |

# **<u>EXHIBIT B</u>**

**Exhibit B**
**Unacceptable Ballots**

| Date Received | Ballot Number | Name | Voting Amount | Vote | Reason Unacceptable |
|---|---|---|---|---|---|
| 06/18/2015 | 22 | Ackerson & Yann, PLLC | $39,418.70 | Unacceptable | Not Entitled to Vote |
| 06/25/2015 | 40 | Cole, Scott & Kissane, P.A. | $102,350.70 | Abstained | Abstained |
| 06/26/2015 | 41 | GOETTSCHE,TRANEN,WINTER & RUSSO | $18,180.00 | Unacceptable | Not Entitled to Vote |
| 06/22/2015 | 36 | IWONAS CLEANING SERVICE | $3,375.00 | Unacceptable | Not Entitled to Vote |
| 07/06/2015 | 59 | KAREN KOSTOWSKI | $95.43 | Unacceptable | Late Filed |
| 06/18/2015 | 20 | SCHOONOVER, BRIAN | $900,000.00 | Abstained | Abstained |
| 06/16/2015 | 17 | THOMAS CHRISTENSEN | $200.00 | Abstained | Abstained |
| 07/01/2015 | 53 | VALIANT COMMUNICATIONS, INC. | $8,508.16 | Unacceptable | Not Entitled to Vote |